IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* Stephanie Schweizer et al.,<br><br>Plaintiff,<br><br>v.<br><br>OCE, N.V., OCE NORTH AMERICA,<br>OCE IMAGISTICS, and OCE-USA<br>HOLDING, INC.,<br><br>Defendants. | CIVIL ACTION NO:<br>06-0648 (RCL)<br><br>**FILED UNDER SEAL** |

**NOTICE OF THE UNITED STATES THAT
IT IS NOT INTERVENING AT THIS TIME**

On November 28, 2007, the Government filed a motion requesting that its time for making an intervention election be extended to April 8, 2008. On December 4, 2007, the Court denied in part the Government's request and ordered the Government to make its intervention decision on or before January 3, 2008. Neither the Government nor the relator received a copy of the December 4 Order at the time it was issued, and the Government did not know of the Order or receive a copy of it until February 6, 2008. Upon receipt of the Order, the Government immediately filed a motion seeking relief from the requirement that it inform the Court of its intervention decision until March 3, 2008, and requesting that a status conference be set in advance of March 3, 2008. The Court has not yet ruled on that motion and has not set a status conference. On February 29, 2008, the Relator filed a motion seeking clarification of the

deadlines and requesting that a status conference be set in advance of the seal being lifted in this case.

Although the Court has not ruled on the Government's pending motion, and the although the Relator has sought formal clarification from the Court as to the status of the Government's intervention deadline, the Government is filing this notice on the date proposed in its pending motion out of an abundance of caution, and in recognition of the fact that the Court's most recent order set the Government's deadline as January 3, 2008. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the proposed deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. The Government's investigation, however, will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, while it would normally be appropriate to lift the seal upon the Government's notice of its intervention election, the Government is mindful of the Relator's request that the

seal be maintained for a period of at least 45 days after the filing of this notice. As stated in the Relator's Motion to Clarify Schedule, Relator Nancy Vee is still employed by the Defendants, and therefore the timing of the lifting of the seal is a sensitive matter. See Relator's Motion at 4-6. The United States does not oppose the Relators' request that this matter remain under seal for an additional 45 days beyond the filing of this Notice to permit time for actions necessary to protect the safety of Ms. Vee to be taken, and/or to permit the Court to hold a status conference so that any of the Relators' concerns may be addressed.

Therefore, the United States requests that Complaint, this Notice, and the attached proposed Order be unsealed on April 17, 2008, or at such other time as deemed appropriate at a status to be held by the Court. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

        Respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General
        Civil Division

        JEFFREY A. TAYLOR
        United States Attorney
        District of Columbia

        _____
        LAURIE WEINSTEIN, D.C. Bar # 389511
        Assistant United States Attorney
        555 Fourth Street, NW, E 4820
        Washington, DC 20530

        Tel: (202) 514-7133

        JOYCE R. BRANDA
        PATRICIA R. DAVIS
        MEREDITH L. BURRELL
        Attorneys, United States Department of Justice
        Civil Division
        Post Office Box 261
        Ben Franklin Station
        Washington, DC  20044
        Tel:  (202) 514-8746
        Fax:  (202) 514-0280

        Attorneys for the United States

Dated: March 3, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3 rd day of February 2008, a true and correct copy of the foregoing United States' Notice That It Is Not Intervening at This Time and Proposed Order was mailed by first-class mail to counsel for the Relator as follows:

H. Vincent McKnight
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036

David W. Sanford
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037

LAURIE WEINSTEIN
Assistant United States Attorney