UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel. )<br>)<br>STEPHANIE SCHWEIZER, et al. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>OCÉ N.V., et al. )<br>)<br>Defendants )<br>_____) | Civil Action No.: 1:06CV00648<br>Judge Royce C. Lamberth |

**PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SERVING OCE, N.V.**

Comes now the Plaintiffs/Relators, by and through counsel and respectfully request that the time by which service must be initiated on Defendant, Oce, N.V. be extended by thirty (30) days to July 17, 2008. In support of this consent motion, the plaintiffs submit the attached Memorandum in Support of Motion to Extend the Time for Serving Oce, N.V.

Respectfully submitted:

**ASHCRAFT & GEREL**

/s/ H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
D.C. Bar No. 293811
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
Attorney for Plaintiffs

**SANFORD WITTELS & HESSLER, LLP**

/s/ David Sanford
David Sanford
D.C. Bar No. 457933
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
(202) 742-7780
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Plaintiffs' Motion to Extend the Time for Serving Defendant Oce N.V. and the accompanying Memorandum was mailed, postage prepaid, this 17th day of June, 2008, to:

Jason Matechak, Esquire
Kathleen McGuan, Esquire
Reed Smith, LLP.
1301 K Street, NW
Suite 1100 East Tower
Washington, D.C. 20005

Laurie Weinstein, Esquire
Assistant U.S. Attorney
555 4th Street N.W.
Washington, D.C. 20001

/s/ H. Vincent McKnight Jr.
H. Vincent McKnight

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel. ) | |
| ) | |
| STEPHANIE SCHWEIZER, et al. ) | Civil Action No.: 1:06CV00648 |
| ) | Judge Royce C. Lamberth |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| OCÉ N.V., et al. ) | |
| ) | |
| Defendants ) | |

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO EXTEND THE TIME FOR SERVING OCE, N.V.

By order dated June 2, 2008, the Court compelled the Plaintiffs/Relators to serve the Defendants in this Qui Tam matter by June 17, 2008. After tri-parte discussions between counsel for the four Oce Defendants, the U.S. Department of Justice, and the Relators' counsel, counsel for the four Oce Defendants agreed to waive service of process and accept service pursuant to Rule 4(d) for three of the four Defendants, namely, Oce North America, Oce Imagistics and Oce-USA Holding, Inc. Under the rules, these three Defendants will have sixty (60) days, until August 16, 2008, to file a responsive pleading.

The fourth Oce Defendant, Oce, N.V., is a corporation, headquartered in Venlo, the Netherlands. Counsel for Oce represents Oce, N.V. but did not waive service for Defendant, Oce, N.V. Defendant Oce, N.V. is subject to service pursuant to the Hague Service Convention signed on November 15, 1965 by the United States, Canada, and the Netherlands. However, it is likely that service will take anywhere from three (3) to ten

(10) months. In the meantime, the parties have begun discussions about whether Defendant Oce, N.V. is in fact a necessary party to this action. These discussions could lead to the conditional dismissal of Defendant Oce, N.V. without prejudice. But, before a final decision can be made, the plaintiffs need to exercise due diligence. The parties have agreed to cooperate in this regard. Plaintiffs ask the Court for thirty (30) days to explore this option before initiating the formal and expensive steps necessary to serve Oce, N.V. under the Hague Convention.

**WHEREFORE,** the plaintiffs request that the time by which service is initiated on Defendant Oce, N.V. be extended by thirty (30) days to July 17, 2008.

Respectfully submitted,

**ASHCRAFT & GEREL**

/s/ H. Vincent McKnight Jr.
H. Vincent McKnight, Jr.
D.C. Bar No. 293811
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400
Attorney for Plaintiffs

**SANFORD WITTELS & HESSLER, LLP**

/s/ David Sanford
David Sanford
D.C. Bar No. 457933
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
(202) 742-7780
Attorney for Plaintiffs