UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES ex rel. | ) | |
| | ) | |
| STEPHANIE SCHWEIZER, et al. | ) | Civil Action No.: 1:06CV00648 |
| | ) | Judge Royce C. Lamberth |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| OCÉ N.V., et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

This action comes before the Court on the Plaintiffs' Motion to Extend the Time for Serving Oce. N.V. Upon consideration of the motion, memorandum, opposition, if any, and the entire record in this matter, it is this ____ day of June, 2008 hereby:

ORDERED that the motion is GRANTED and the plaintiffs shall make a decision to initiate service on Defendant, Oce, N.V., and notify the court of this decision by July 17, 2008

SO ORDERED

_____
Royce C. Lambert, Chief Judge