**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
**UNITED STATES OF AMERICA,** *ex rel.* )
**STEPHANIE SCHWEIZER**                  )
                                                          )
     **Plaintiff,**                              )
                                                          )
     v.                                         )     **Civil Action No. 06-648 (RCL)**
                                                          )
**OCE, N.V., OCE NORTH AMERICA**    )
**OCE IMAGISTICS, AND OCE-USA**        )
**HOLDING, INC.,**                                 )
                                                          )
     **Defendants.**                            )
_____)

## ORDER

This action comes before the Court on Plaintiffs' motion [28] to extend the time for serving Oce, N.V.  Upon consideration of the motion and the entire record in this matter, it is hereby

ORDERED that the motion is GRANTED.  Plaintiffs shall make a decision to initiate service on defendant Oce, N.V., and notify the Court of its decision by July 17, 2008.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on June 18, 2008.