# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel ) | |
| ) | |
| STEPHANIE SCHWEIZER ) | Civil Action No.: |
| 320 Constitution Avenue, NE ) | |
| Apartment 7 ) | |
| Washington, DC 20002 ) | ŧ EDACTED |
| ) | |
| BRINGING THIS ACTION ON ) | COMPLAINT FOR |
| BEHALF OF THE UNITED STATES ) | VIOLATIONS OF |
| OF AMERICA ) | FEDERAL FALSE |
| c/o Kenneth L. Wainstein ) | CLAIMS ACT |
| United States Attorney ) | |
| 555 4th Street, N.W. ) | |
| Washington, D.C. 20001 ) | |
| ) | |
| - and - ) | JURY TRIAL DEMAND |
| ) | |
| c/o Alberto Gonzales, Esquire ) | |
| Attorney General of the United States ) | |
| Department of Justice ) | |
| 10th & Constitution Avenue, N.W. ) | |
| Washington, D.C. 20530 ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| OCÉ N.V. ) | |
| St. Urbanusweg 43 ) | |
| Venlo, the Netherlands ) | |
| ) | |
| Serve: Registered Agent ) | |
| Rokus van Iperen ) | |
| Océ N.V. ) | |
| St. Urbanusweg 43 ) | |
| Venlo, the Netherlands ) | |
| ) | |
| and ) | |
| ) | |

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D.C. 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-861-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

OCÉ NORTH AMERICA                    )
5450 North Cumberland Avenue         )
Chicago, Il 60656-1469               )
                                     )
Serve: Registered Agent              )
    CT Corporation System      )
    208 S. Lasalle Street, # 814 )
    Chicago, Il 60604          )
                                     )
    and                        )
                                     )
OCÉ IMAGISTICS                       )
100  Oakview Drive                   )
Trumball, CT 06611                   )
                                     )
Serve: Registered Agent              )
    Marc C. Breslansky         )
    CEO                        )
    Océ Imagistics, Inc.       )
    100 Oakview Drive          )
    Trumball, CT 06611         )
                                     )
    and                        )
                                     )
OCÉ -USA HOLDING, INC.               )
5450 North Cumberland Avenue         )
Chicago, Il 60604                    )
                                     )
Serve: Registered Agent              )
    CT Corporation System      )
    208 S. Lasalle Street, # 814 )
    Chicago, Il 60604          )
                                     )
        Defendants.       )

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

## COMPLAINT

1.      This is an action to recover damages and civil penalties on behalf of the

United States of America arising from the false claims presented, and or caused to be

presented,  by Océ N.V., Océ North America, Océ USA Holding, Inc., and Océ

Imagistics, in violation of the Federal False Claims Act, 31 U.S.C. §§ 3729 et seq., as amended.

2.    The False Claims Act, (hereinafter the Act) originally enacted in 1863 during the Civil War, was substantially amended by the False Claims Amendments Act of 1986 and signed into law on October 17, 1986.  Congress enacted these amendments to enhance the Government's ability to recover losses sustained as a result of fraud against the United States and to provide a private cause of action for the protection of employees who act in furtherance of the purposes of the Act.  Congress acted after finding that fraud in federal programs and procurement is pervasive and that the False Claims Act, which Congress characterized as the primary tool for combating fraud in government contracting, was in need of modernization.

3.    The Act provides that any person who knowingly submits a false or fraudulent claim to the Government for payment or approval is liable for a civil penalty of up to $11,000 for each such claim, plus three times the amount of the damages sustained by the Government, including attorneys' fees. The Act allows any person having information regarding a false or fraudulent claim against the Government to bring a private cause of action for himself and on behalf of the Government and to share in any recovery.  The complaint is to be filed under seal for 60 days (without service on the Defendant during such 60-day period) to enable the Government (a) to conduct its own investigation without the Defendant's knowledge and (b) to determine whether to join the action.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

4.    Based on these provisions, Plaintiff/Relator seeks to recover damages and civil penalties arising from Defendants' presentation of false claims to the United States Government in connection with General Services Administration Contracts Nos GS-25F-0060M; GS-35F-5275H, and other contracts with the United States Government to provide printers, copiers, and related services.

## PARTIES

5.    Plaintiff/Relator, Stephanie Schweizer  is a resident of the District of Columbia and was formerly employed by the Defendant Océ North America in its Arlington, VA office as the GSA Schedule/Federal Manager.

6.    Defendant Océ North America has its headquarters in Chicago, IL and does business in the District of Columbia and throughout the United States. It is a wholly owned subsidiary of Océ, N.V., headquartered in Venlo, the Netherlands.  It has been violating the False Claims Act by selling printing products to the United States Government that were manufactured in non-designated countries and by failing to offer products to the United States at the reduced rates that it sells the same products to non-government customers.  Defendant Océ North America formerly operated under the name of Océ-USA Holding, Inc.

7.    Defendant Océ-USA-Holdings, Inc. is also headquartered in Chicago, IL and  is a wholly owned subsidiary of Defendant Océ, N.V. of the Netherlands. It has been violating the False Claims Act by selling printing products to the United States Government that were manufactured in non-designated countries and by failing to

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
3ALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

4

offer products to the United States at the reduced rates that it sells the same products to non-government customers.

8.    Defendant Océ Imagistics is headquartered in Trumball, CT and is a wholly owned subsidiary of Océ, N.V. of the Netherlands.  It has been violating the False Claims Act by selling printing products to the United States Government that were manufactured in non-designated countries and by failing to offer products to the United States at the reduced rates that it sells the same products to non-government customers.  Defendant Océ, N.V. recently acquired Imagistics (formerly Pitney-Bowes) which is an established player in the printing/graphic industry in the Fall 2005. Imagistics became Defendant Océ Imagistics.

## JURISDICTION AND VENUE

9.    This court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. Section 1331 and 31 U.S.C. Section 3732 which specifically confers jurisdiction in the Court of actions brought pursuant to Title 31 section 3729.

10.    Venue is proper in this District pursuant to 31 USC Section 3722(a) because the Defendants transact business with the United States Government located in the District of Columbia.

## BACKGROUND

11.    Relator  brings  this action for violations of 31 U.S.C. §§3729 et seq. on behalf of herself  and the United States Government pursuant to 31 U.S.C. §3730(b)(1). Relator has knowledge of the false  statements and/or claims presented by the

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

Defendants to the Federal Government as alleged herein.

12.    All of the products sold or leased to the United States Government by Defendant Océ North America or Defendant Océ USA-Holdings, Inc. were manufactured by or at the direction of Defendant Océ, N.V. of Venlo, the Netherlands. Océ, N.V., manufactures printers and document management systems.

13.    In December, 2004, Ms. Schweizer was hired by Defendant Océ North America, in Arlington, VA as the Manager - GSA/Federal Contracts.

14.    Serving in this capacity, Ms. Schweizer became familiar with the several GSA contracts under which Océ[1] was selling printers, copiers and related services to the United States Government.

15.    Océ obtained Contract GS-25F - 0060M/ GSA Contract Schedule 36 for the period October 1, 2001 through September 30, 2006 (with three 5-year options). Océ offers 751 products for sale or lease under this contract, which is on-going. Océ also was awarded Contract No. GS - 35F - 5275H.

16.    Océ also acquired FedSources/FBA contracts. Pursuant to these contracts, Océ provides printing products and services to several government agencies, including: The Executive Office of the President, the Internal Revenue Service, the Department of Veterans Affairs, the Department of Agriculture; the General Services Administration, the Air National Guard, the Department of the Navy, the US Attorney/ Department of

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

---

[1]    Océ, N.V., Océ North America, and Océ USA-Holding, Inc will collectively be known as "Océ." Océ Imagistics will be designated separately as Océ Imagistics.

6

Justice, the State Department, the US Army, the Department of Housing and Urban Development, the Department of Homeland Security, and the National Labor Relations Board.

17.    Océ Imagistics has a GSA contract (GS-25F-0130M) under which it offers two printers for sale to government customers, the greater bulk of its printers arrive to the government having been sold to the Government by other vendors.   309 products manufactured by Océ Imagistics are available for purchase on the GSA Advantage Website through other vendors. Since the merger in Fall 2005, Océ has begun to add the Océ Imagistics product line to its GSA schedule contract for purchase by the United States Government.

18.    Clause 52.225-5, Trade Agreements, applies to these contracts. This clause states in pertinent part:

> "The Contracting Officer has determined that the Trade Agreements Act and FTA's apply to this acquisition.  Unless otherwise specified, these trade agreements apply to all items in the Schedule.  <u>The Contractor shall deliver under this contract only US-made, designated country, Carribean Basin Country, or FTA country end products except to the extent that in its offer, it specified delivery of other end products in the provision entitled "Trade Agreements Certificate."</u>
> FAR 52.225-5 (b)

19.    Océ N.V. is located in a designated country, the Netherlands. If the products and components that it was selling or leasing to the United States were being manufactured in the Netherlands, then Océ would be in compliance with the Trade Agreements Clause.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

20.    Océ specifically represents to the United States Government that it's products and components are being manufactured in the Netherlands. **Paragraph 5 of** the Contract  GS-25F - 0060M, states "The equipment offered in this contract is manufactured in the Netherlands."  But this is not true.  The products sold by Océ to the United States Government are either comprised completely of components made in non-designated countries and later assembled in a designated country or, they were completely manufactured and assembled in non-designated countries.

21.    As Manager GSA/Federal, Ms. Schweizer had conversations with several Océ employees who confirmed that Océ products were almost completely manufactured in China or Malaysia, neither of which are designated countries.

22.    In addition, Océ, N.V. 2005 Annual Report makes several statements that support this conclusion that it's products are being made in China:

> However, by far the greater proportion of the components and modules incorporated in the machines ...have for many years been manufactured externally by a select group of suppliers.  Since 2004 Océ machines and modules have also been produced in Asia by third parties on the basis of contract manufacturing.  These are supplied directly from Asia to the Océ sales companies.
> p.52 Océ, N.V. 2005 Annual Report

*****************************

> Océ manufactures some of its machines and modules in Asia. The main reason for this is the lower level of wage costs, which enables a substantial reduction in the costs of assembly and components production.  This considerably strengthens the company's competitive position.  For its production in Asia Océ uses contract manufacturers and the expertise and networks that they have to offer.  The manufacturing and sourcing of a large proportion of

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

> required components also takes place in Asia. The quality is
> good and the cost price is substantially lower, despite higher
> logistics costs. [Emphasis Added]

********************************

> By the end of 2006 about half the current [Venlo] production
> value will originate from Asia. Ultimately the facilities in
> Venlo will only manufacture complex systems, machines
> that are produced in small series, and strategic materials. *Id.*
> at page 53.

23.    There are many pages of the 2005 Annual Report that further verify

manufacturing activities in China. See, pages 4, 6, 14, 15, 29, 46, 52, 53, and 128.

24.    Ms. Schweizer also became aware from discussions with Océ employees in

the period leading up to the merger that almost the entire Océ Imagistic Product line

was being produced in China.

25.    Hoovers Datamonitor reports that Océ Imagistic essentially obtains its

products from Konica - Minolta, Sharp and Toshiba.

> **Imagistics International, formerly Pitney Bowes Office
> Systems, sells, rents, and services copiers and fax machines
> made by manufacturers such as Konica Minolta, Sharp,
> and Toshiba. The company sells its products to large
> corporate and government customers, as well as to small
> and medium-sized businesses.** Customers include Office
> Depot, Toyota, Cigna, and the US Postal Service. In order to
> focus on its core postal equipment business, Pitney Bowes
> spun off Imagistics to its shareholders in 2001. Imagistics
> was acquired by Dutch printer and copier supplier Océ N.V.
> in 2005; it will be integrated with existing Océ operations in
> North America to form a new division called Océ

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

Imagistics.[2] [Emphasis Added]

26.     The Division of Konica Minolta that produces copiers and printers is

called Konica Minolta Business Technologies or KBT.[3]  A press release available at the

Konica Minolta website states:

> Konica Minolta Business Technologies has already shifted
> 90% of its production capacity to China, aiming at
> improving cost competitiveness and responsiveness to
> foreign exchange fluctuation.

27.     Toshiba, which has also supplied copiers and printers to Océ Imagistics,

has manufactured printers in China for 10 years according to its Press Releases.

Toshiba issued a Press Release dated March 1, 1996, entitled "Toshiba's New Company

in China to Manufacture Plain Paper Copiers," saying:

> Toshiba Corporation today announced that it will establish a
> new subsidiary in China to manufacture plain paper copiers
> (PPCs). The company, Toshiba Copying Machine (Shenzhen)
> Co., Ltd. will be incorporated in Shenzhen, Guangdong
> Province by the middle of this month, subject to formal

LAW OFFICES
ICRAFT  &  GEREL, LLP
SUITE 400
2000 L STREET, N W
ASHINGTON, D.C  20036

202-783-6400
FAX  202-416-6392

SUITE 650
4900 SEMINARY ROAD
\LEXANDRIA, VA 22311

703-931-5500
FAX  703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
3ALTIMORE, MD 21202

410-539-1122
FAX  410-547-1261

---

2    http://www.hoovers.com/free/
     co/factsheet.xhtml?COID=104444
     &cm_ven=PAID&cm_cat=GGL&
     cm_pla=CO4&cm_ite=imagistics

3    "Konica Minolta Business Technologies...offers a
     comprehensive network of document solutions in the office
     equipment business. KBT's product offering includes color,
     image processing, networking products, multi-function
     peripherals (MFPs), all-in-one units with printing and
     facsimile functions, LBP's and other office systems."  Page 5
     of the Konica Minolta Holdings, Inc. Company Profile by
     Datamonitor, published April, 2005.

10

approval from the Shenzhen authorities.

28.     In its 2005 Annual Report Océ, N.V. at page 46, indicated that it had acquired the rights to a line of wide format machines manufactured by Shacoh. Shacoh is actually KIP/Shacoh. KIP is a division of Katsuragawa Electric Co., based in Hong Kong. The principle manufacturing locations for Katsuragawa are Tokyo and Taiwan. *Id.* The latter is not a designated country under the Trade Agreements Act.

29.     Océ is intentionally and knowingly selling non-compliant products to the United States Government in violation of the Trade Agreements Act. Ms. Schweizer has discussed this with Mr. Ron Frost, the Director of Public Procurement for Océ. Ms. Schweizer wrote an e-mail in November, 2005 to Vice President Brian Beauchamp, who was Mr. Frost's immediate supervisor. In this e-mail, Ms. Schweizer identified the areas of non-compliance, including the potential violations of the Trade Agreements Act.

30.     Surprisingly, Mr. Beauchamp responded by e-mail and agreed with her assessment. He suggested that she needed to do more research. He copied the e-mail to her boss, Mr. Ron Frost.

31.     Mr. Frost was furious that Ms. Schweizer had communicated directly with Mr. Beauchamp about this issue. Angrily, Mr. Frost sent an e-mail to Mr. Beauchamp urging Mr. Beauchamp not to listen to Ms. Schweizer, and stating that he ". . . already told her that we don't know what the Trade Agreements Act is." This exchange occurred in late November, 2005.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N W
ASHINGTON, D C. 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX- 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

11

32.    The contracts also contained provisions that required Océ to give the

United States Government the lowest and best price.

33.    552.238-75 respecting Price Reductions states:

[C]ontractors were required to report any price reduction to
the government and offer the same reduction to the
government.

34.    In addition, 552.238-75 states in pertinent part:

Before award of a contract, the Contracting Officer and the
Offeror will agree upon (1) the customer (or category of
customers) which will be the basis of award, and (2) the
Government's price or discount relationship to the identified
customer (or category of customers) which disturbs this
relationship shall constitute a reduction.

35.    It further states:

During the contract period, the Contractor  shall report to
the Contracting Officer all price reductions to the customer
(or category of customers) that was the basis of award.  The
Contractor's report shall include an explanation of the
conditions under which the reductions were made.

36.    If the Contractor gives a non-government customer a more favorable

price during the course of the contract, the Government is entitled to receive a better

deal.

A price reduction shall apply  to purchases under this
contract if, after the date negotiations conclude, the
Contractor: (i)  Revises the commercial catalog, pricelist,
schedule or other document upon which contract award was
predicated to reduce prices; (ii) Grants more favorable
discounts or terms and conditions than those contained in
the commercial catalog, pricelist, schedule or other
documents upon which contract award was predicated; or
(iii) Grants special discounts to  the customer (or category of

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
\SHINGTON, D C  20036

202-783-6400
FAX 202-416-6392

SUITE 650
1900 SEMINARY ROAD
,LEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
3ALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

12

customers) that formed the basis of award, and the change
disturbs the price/discount relationship of the Government
to the customer (or category of customers) that was the basis
of award.

37.     When a price reduction as defined above occurs then, "The Contractor

shall offer the price reduction to the Government with the same effective date, and for

the same time period, as extended to the commercial customer (or category of

customers)." [Emphasis added]

38.     In further discussions with her co-workers in 2005 , Ms. Schweizer learned

that Océ was routinely giving non-government customers substantially better prices for

the same products and creating false documents in an attempt to hide this in the event

of a government audit in violation of the above contractual provisions.

39.     Exhibit No. 1, incorporated by reference, shows the disparity between

prices paid by non-government customers and the GSA price for the same product. It

has 6 columns entitled as follows: Account Name, Products Sold, GSA Price, Sale Price

after Trade; Trade in (Ha Ha); and Trade Value.

40.     On the first four lines of Exhibit No. 1, TDS800 printers were sold to non-

US Government Customers for $109, 877.00 but the GSA list price for this item was

$135,590.00.   No trade-in was even listed on this paperwork. Accordingly, the

salespersons who completed these deals did not even try to justify the better deal

offered to the non-government customer.

41.     Also, on Exhibit No. 1, Kimley-Horn of Vero Beach, Florida,  bought a

TDS600 printer for $30,015.00 but the GSA list price was $40,752.00.  To justify this, the

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
3900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX. 301-881-6132

SUITE 301
METRO 400 BUILDING
01 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

salesperson indicated that he gave the customer a trade-in on a GAF Print Val for $4,500.00. First, the $4,500.00 trade-in does not make the government whole when a non-government customer received a $10,000.00 discount on a product. Second, according to Ms. Nancy Vee, an Océ Senior Sales Representative specializing in wide-format printers, a GAF Print Val is probably worth less than $4,000.00 brand new. Third, the paperwork did not indicate that Océ picked up the equipment which means the GAF Print Val is still being used by the customer, Kimley-Horn, and there was no trade-in.

42.    Theoretically, it was all right to sell a printer to a non-government customer for less than the GSA price if the salesman could show that Océ gave the customer a credit on a trade-in that equaled or exceeded the improved pricing that the non-government customer obtained. If so, then at the end of the day, the Government was still receiving a better overall deal than the non-government customers. However, at Océ, the salesmen manufactured trade-in values to create a paper trail to protect the company in the event of a Government audit.

43.    Exhibit No. 1 also shows that Kimley Horn-Lynn Haven bought a TDS600 Printer from Océ for $30,359.00. The listed GSA price for this package was $38,943.00. The salesperson listed an HP 1055c as a trade-in with a value of $11,721.00. Several problems exist. None of the HP products listed on Chart No.1 sell brand new for more than $4,000.00 to $7,000.00. Again, it would be impossible for a product with this value to cover the $11,000.00 delta. In addition, the documents did not show that Océ picked

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

up the HP, which means that the customer, Kimley-Horn, still has the HP; and no trade-in occurred.

44.    The Kimley-Horn - Herdon VA purchase of a TDS400 printer at the bottom of page one of Exhibit No. 1 is illustrative because the gap between the GSA price and the Government price is about $10,000.00. The trade-in was an HP - none of which are worth $10,000.00. The disposition note indicates "Customer Scrap." That means, that Kimley-Horn allegedly disposed of the HP. Again, Océ did not receive anything of value, and the trade-in was a sham.

45.    The rest of Exhibit 1 similarly shows sales where non-government customers are receiving prices far more favorable than the price offered to the Government by Defendant Océ. All of the figures reflected on Exhibit No. 1 were obtained from documents located in the Océ Florida Office.

46.    Exhibit No. 2, incorporated by reference, tracks the price of the item as reflected in the sale to Progress Energy, a private company, compared to the price that the same item was offered for sale on the GSA Advantage Web-site. Reviewing the chart, it shows that Progress Energy bought equipment from Océ at a savings that ranged from 20% to 40% off of the GSA price.

47.    Exhibit No. 3, summarizing records from the Océ office in Florida, further documents a significant gap between prices offered by Océ to non-government customers compared to the higher GSA schedule price.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

48.    Océ knowingly and intentionally violated its obligation under the contract to give the Government the best value by amending the GSA price whenever it gave a category of customers a better price on a similar item.  Océ, upon information and belief, never notified the Government that it was giving non-government customers more favorable pricing.

49.    The pricing pattern reflected on Exhibits Nos. 1, 2, and 3 is based upon information obtained from records in the Defendant Oce's Florida office, but upon information and belief, this is evidence of a pattern throughout Océ of offering more favorable prices to non-government customers, than are offered to the Government.

50.    Throughout her tenure at Océ, Ms. Schweizer strove to bring the Océ GSA contracts into compliance.  She noted several problems including the company's failure to update the Schedule 70 products, the delinquent Novation Agreement, the need to change the name on the Schedule 70 to Océ North America, the impropriety of selling non-compliant goods to the Government, and the failure to give the Government the best value for Océ  products. As she worked to correct these problems, Ms. Schweizer encountered resistance and hostility from her immediate supervisor, Mr. Ron Frost.

51.    When the President of Imagistic announced at a company-wide meeting in November, 2005, that on January 1, 2006, the Océ Imagistics products would be added to the Océ GSA Schedules, Ms. Schweizer felt compelled to complain to upper level management because her complaints to her immediate supervisor, Ron Frost, had fallen on deaf ears.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
1900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
401 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

16

52.    From the middle of November through December 15, 2005, Ms. Schweizer met with several Océ officials - Jerry Whelan (Human Resources); Dan Harper (Océ's in-house legal counsel); and Ken Wechstein (Océ's outside legal counsel). In each instance, she advised them that Océ had significant GSA non-compliance problems. She even stated to them that she felt compelled to file a complaint for retaliation under Sarbanes-Oxley. Before she could do this, Océ sent her a termination letter on December 15, 2005 falsely accusing her of unprofessional conduct and poor performance.

## COUNT I

*(False Claims Act 31 U.S.C. §3729(a)(1) and (a)(2))*

53.    Plaintiff/Relator realleges and incorporates by reference the allegations made in paragraphs 1 through 52 of this Complaint.

54.    This is a claim for treble damages and forfeitures under the False Claims Act, 31 U.S.C. §§3729-32.

55.    By virtue of the acts described above, the Defendants Océ, N.V., Océ North America, Océ -USA Holding, Inc., and Océ Imagistics knowingly submitted, caused to be submitted and continue to submit and to cause to be submitted false or fraudulent claims for payment and reimbursement by the United States Government for products that were manufactured in non-designated countries in violation of the Trade Agreements Act and the terms and conditions of the GSA contracts and their express certification.

LAW OFFICES
CRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

17

56. By virtue of the acts described above, the Defendants Océ, N.V., Océ North America, and Océ -USA Holding, Inc. knowingly submitted, caused to be submitted and continue to submit and to cause to be submitted false or fraudulent claims for payment and reimbursement by the United States Government for products when Defendants knowingly and intentionally did not offer the United States Government the best value or price, because Océ knowingly sold the same products to non-government customers under far more favorable terms and then completed and generated false paperwork to suggest that a trade-in had occurred to justify the more favorable pricing, when no trade-in had in fact occurred or, when even if it did occur, the trade-in did not have sufficient value to off-set the deal being offered to the non-government customer.

57. By virtue of the acts described above, the Defendants knowingly made, used or caused to be made or used, and continue to make or use or cause to be made or used, false statements to obtain Federal Government payment for false or fraudulent claims.

58. The United States Government has been severely damaged by the Defendants' violations as alleged above. The United States Government has been severely damaged because the Defendants have knowingly sold products to the United States Government from non-compliant countries. The United States Government has been severely damaged as the result of Defendants' failure to adhere to the price reduction clauses in the applicable GSA contracts. The United States Government has

LAW OFFICES
ICRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

18

been severely damaged by the Defendant's violations of the False Claims Act.

59.     As set forth in the preceding paragraphs, Defendants violated 31 U.S.C. §3729 and has thereby damaged and continues to damage the United States Government by its actions in an amount to be determined at trial.

## COUNT II
*(False Claims Act, 31 U.S.C. §3729 (a)(3)*

60.     Plaintiff/Relator realleges and incorporates by reference the allegations made in Paragraphs 1 through 59 of this Complaint.

61.     This is a claim for treble damages and for forfeitures under the False Claims Act, 31 U.S.C. §§3729-32.

62.     By virtue of the acts described above, the Defendants defrauded the United States by failing to adhere to the applicable GSA Contracts price reduction clauses and receiving inflated payment for goods. By virtue of the acts described above, the Defendants defrauded the United States by failing to adhere to the applicable GSA Contracts and the Trade Agreements Act.

63.     The United States, unaware of the falsity of the records, statements, omissions and/or claims made by Defendants, and in reliance on the accuracy thereof, paid for aforementioned false claims.

64.     By reason of these actions and payments, the United States Government has been damaged and continues to be damaged in substantial amounts. The exact amounts of the damage is to be determined at trial.

LAW OFFICES
ICRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W
ASHINGTON, D.C. 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

## COUNT III

### (Violation of 31 USC Section 3730 (h) - Wrongful Discharge)

65.     Paragraphs 1 through 64 are hereinafter realleged and incorporated by reference.

66.     31 U.S.C. Section 3730(h) states in pertinent part:

> Any employee who is discharged, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of employment by his or her employer because of the lawful acts done by the employee on behalf of the employee or others in furtherance of an action under this section, including investigation for, initiation of, testimony for, or assistance in an action filed, or to be filed under this section, shall be entitled to all relief necessary to make the employee whole.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D.C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ᴸLEXANDRIA, VA 2231 I

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
I 1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
IOI GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
ᴮALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

67.     To make a prima facie case for a retaliatory discharge under 3730(h) in most jurisdictions, the plaintiff/relator must show the following: (1) that she took acts in furtherance of a qui tam suit, i.e. engaged in protected activity, (2) that her employer knew of the acts, and (3 )that her employer discharged her as a result of these acts.

68.     Ms. Schweizer engaged in protected activity by repeatedly advising her supervisors that she believed that Océ had violated the law, the GSA Schedule  and the Trade Agreements Act when Océ sold non-compliant products to the United States for prices far in excess of the prices Océ charged non-government customers.

69.     Ms. Schweizer's supervisor, Mr. Frost, was aware of her concerns. She also communicated her concerns to several senior level officials. Indeed, she advised them

20

that she was planning on filing a complaint under Sarbanes-Oxley in December, 2005 and shortly thereafter, Océ terminated her employment.

70.    The timing of her discharge as well as the increased criticism of her work during the period that Ms. Schweizer repeatedly complained about Defendant Océ's conduct demonstrates that her discharge was motivated in part by illegal animus prohibited by 31 U.S.C. Section 3730(h).

71.    As a result of this discharge, Ms. Schweizer has sustained a loss of wages, emotional distress, and embarrassment.

## PRAYER

WHEREFORE, Plaintiff/Relator prays for judgment against Defendants as follows:

1.    That Defendants cease and desist from violating the Trade Agreements Act and the price reduction provisions of the applicable GSA Contracts;

2.    That Defendants cease and desist from violating 31 U.S.C. §3729 et seq;

3.    That this Court enter judgment against the Defendants in an amount equal to three times the amount of damages the United States Government has sustained because of Defendants' actions, plus a civil penalty of not less than $5,000 and not more than $11,000 for each violation of 31 U.S.C. §3729 et seq;

4.    That Plaintiff/Relator be awarded the maximum amount allowed pursuant to §3730(d) of the False Claims Act;

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C 20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

5.    That Plaintiff/Relator be awarded all costs and expenses of this action, including attorneys' fees;

6.    That Plaintiff/ Relator recovers such other relief as the Court deems just and proper.

Respectfully submitted,

ASHCRAFT & GEREL

_H. Vincent McKnight_
H. Vincent McKnight Jr.
D.C. Bar No. 293811
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-6400

SANFORD, WITTELS & HEISLER, LLP

_David W. Sanford by HVM_
David W. Sanford
D.C. Bar No. 457933
2121 K Street, N. W., Suite 700
Washington, D. C.  20037
(202) 942-9124

**Counsel for Plaintiff/Relator**

Plaintiff/Relator hereby demands trial by jury.

_H. Vincent McKnight_
H. Vincent McKnight Jr.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C. 20036

202-783-6400
FAX 202-416-6392

SUITE 650
1900 SEMINARY ROAD
LEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

22

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Complaint was hand-delivered, this ___7th___ day of April, 2006, to:

Kenneth Wainstein, Esquire
United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Alberto Gonzales, Esquire
Attorney General of the United States
U.S. Department of Justice
10th and Constitution Avenue, N.W.
Washington, D.C. 20530

H. Vincent McKnight, Jr.

LAW OFFICES
CRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N W
ASHINGTON, D C  20036

202-783-6400
FAX 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX 703-820-0530

SUITE 1002
ONE CENTRAL PLAZA
1300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX 301-881-6132

SUITE 301
METRO 400 BUILDING
101 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX 410-547-1261

23



# Océ Strategic Markets
Sales & Marketing



Strategic
Market Home

Help

Search

## Federal Government DOD
### Market Overview
This area will contain a brief overview of the specific market

### Success Story
Information about a success that the Strategic Market group has had with the market segment

### Strategic Market Manager
Information and background on the SMM who is responsible for this market segment

### Resources
Sample Bid Specifications
TCS400 One Minute Success Stories
Digital Archive PowerPoint Government Market Presentation
Digital Archive Sell Sheet
Scanning for Disaster Recovery White Paper

Federal Strategic Market Manager's Product Brochure

## Company & Contract Details
DAPS
Veterans Imaging Products
Disabled Veteran Enterprises
Army Base Information
Air Force Base Information
Navy Base Information
Marine Base Information
## Newsletters
Archives

Home

Webmaster
webmaster@oceusa.com
Rev: 06-February-22



PLAINTIFF'S
EXHIBIT

3/9/20C

**Contract Number 158684**

| Item Number | Equipment Description TDS100 | List Price | Discounted Price | % Discount | Delivery & Install |
|---|---|---|---|---|---|
| 4932260 | Sheet Feed Tabletop System | $5,450.00 | $3,270.00 | 40% | $680.00 |
| 4932261 | Sheet Feed Tabletop with Stand | $5,945.00 | $3,567.00 | 40% | $680.00 |
| 4932262 | Sheet Feed Tabletop with Stand and Shelves | $6,145.00 | $3,687.00 | 40% | $680.00 |
| 4932263 | Automatic 1 Roll Feed | $8,195.00 | $4,917.00 | 40% | $680.00 |
| 4932264 | Automatic 2 Roll Feed | $9,695.00 | $5,817.00 | 40% | $680.00 |
| 4932522 | Single Copy Console/BP | $300.00 | $180.00 | 40% | |
| 4932422 | Multi Copy Console/BP | $1,300.00 | $780.00 | 40% | |
| 4932322 | Auto Feed Console/BP | $1,300.00 | $780.00 | 40% | |
| | **SUPPLIES UNIQUE TO THE TDS100** | | | | |
| 1060023044 | Toner | $212.00 | 1 unit = 9,000 square feet | | |
| 1060023339 | Developer | $441.00 | 1 unit = 105,000 square feet | | |
| | | | | | |
| | **NOTES:** | | | | |
| | Purchase has 90 Day Warranty | | | | |
| | Starter Kit Included with One Bottle of Toner | | | | |
| | One Bottle of Developer | | | | |
| | ALL EQUIPMENT MUST HAVE A TRADE-IN | | | | |
| | If Purchased Separately Delivery = + Deliver & Install | | | | |
| | Maintenance can be individualized | | | | |

Contract Number 158684

| Monthly Maintenance Includes 650 Square Feet per Month | Overage |
|---|---|
| $70.00 | 0.037 |
| $70.00 | 0.037 |
| $70.00 | 0.037 |
| $110.00 | 0.037 |
| $110.00 | 0.037 |

# TCS400 Color Oce Wide Format Printing Systems

| Item Number | Equipment Description TCS400 | List Price | Discount | | Delivery & Install (If Purchased Separately) | Monthly Maintenance |
|---|---|---|---|---|---|---|
| 4620 | 1 Roll Print Engine | $9,995.00 | 30% | $6,997.00 | | See Below |
| 4622 | 2 Roll Print Engine | $11,495.00 | 30% | $8,047.00 | $590.00 | See Below |
| 4623 | 3-Roll Print Engine | $12,995.00 | 30% | $9,097.00 | | See Below |
| **SCANNERS** | | | | | | |
| 4610 | Scanner | $19,745.00 | 30% | $13,822.00 | $405.00 | See Below |
| **CONTROLLER** | | | | | | |
| 4631C | Controller | $2,500.00 | 30% | $1,750.00 | | See Below |
| **ACCESSORIES UNIQUE TO THE TCS400** | | | | | | |
| 4903079 | Oce Scan Logic | $3,500.00 | 33% | $2,345.00 | $25+ | |
| 15-3-062278 | 256mb Memory Upgrade (888 Controller) | $100.00 | 33% | $74.00 | $25+ | |
| 15-0-062198 | 512mb Memory Upgrade (4631C Controller) | $200.00 | 33% | $148.00 | $25+ | |
| 15-1-062197 | 17" Monitor CRT GUI Kit, Mouse and Keyboard | $700.00 | 33% | $469.00 | $70+ | |
| 15-0-62230 | 15" Flat Panel Monitor GUI Kit, Mouse and Keyboard | $950.00 | 33% | $637.00 | $70+ | |
| 15-0-062263 | 18" Flat Panel Monitor GUI Kit, Mouse and Keyboard | $1,950.00 | 33% | $1,307.00 | $70+ | |
| 4903065 | Adobe Postscript 3/PDF Printing | $1,750.00 | 25% | $1,313.00 | $25+ | |
| 4903052 | Oce Account Logic | $500.00 | 33% | $335.00 | $25+ | |
| 4909002 | Oce Account Console | $1,000.00 | 33% | $670.00 | $25+ | |
| 4901201 | Oce Print Exec LT 50 Fixed License (printing of sets) | $500.00 | 33% | $335.00 | $25+ | |
| 3010104214 | TCS400 Driver - Oce PosterShop | $498.00 | 33% | $334.00 | $25+ | |
| 4903822 | Controller Cabinet | $900.00 | 25% | $675.00 | $150+ | |
| 4903049 | Print Exec Workgroup | $1,500.00 | 33% | $1,005.00 | $25+ | |
| 4903085 | Roll Unit (for field upgrade) | $1,750.00 | 30% | $1,225.00 | $800+ | |
| 4903086 | Receiving Rack (Printer) | $1,500.00 | 33% | $1,005.00 | $200+ | |
| 4903823 | Receiving Tray for (Scanner) | $300.00 | 25% | $225.00 | $50+ | |
| 7139439 | Maintenenace Cassette | $306.00 | 33% | $225.00 | | |
| **SUPPLIES UNIQUE TO THE TCS400** | | | | | | |
| | CMYK Inks, 400ml Cartridge each | $200.00 | | | | |
| | CMYK Print Heads, each | $175.00 | | | | |
| | CMYK Combo Pack (one cartridge & one Print Head) | $250.00 | | | | |
| S7230837 | Black Ink 400ml | $200.00 | | | | |
| S7230838 | Yellow Ink 400ml | $200.00 | | | | |
| S7230839 | Cyan Ink 400ml | $200.00 | | | | |
| S7230840 | Magenta Ink 400ml | $200.00 | | | | |

# TCS400 Color Oce Wide Format Printing Systems

| | | | | | |
|---|---|---|---|---|---|
| S7230849 | Black Head | $175.00 | | | |
| S7230850 | Cyan Head | $175.00 | | | |
| S7230851 | Magenta Head | $175.00 | | | |
| S7230852 | Yellow Head | $175.00 | | | |
| S29953679 | Black Combo Pack, Head plus Ink | $250.00 | | | |
| S29953680 | Cyan Combo Pack, Head plus Ink | $250.00 | | | |
| S29953681 | Magenta Combo Pack, Head plus Ink | $250.00 | | | |
| S29953682 | Yellow Combo Pack, Head plus Ink | $250.00 | | | |
| | **Training, System Integration and Help Desk Incidents** | | | | |
| 6152206 | 1 Day of System Integration | $1,450.00 | $1,160.00 | 20% | |
| 6152700 | 10 Help Desk Incidents | $875.00 | $700.00 | 20 | |
| 9719816 | 1/2 Day of On Site User Training | $875.00 | $875.00 | | |
| | | | | | |
| | **NOTES:** | | | | |
| Printer Only | **Required with TCS400 Printer Only:**<br>4622 - 2 Roll Printer<br>4631C - Controller<br>15-1-062197 - 17" CRT Monitor and GUI Kit mouse,<br>Keyboard (any one of the three GUI KIT's will work)<br>4913658 - Adobe Postscript 3/PDF<br>4903822 - Controller Cabinet<br>6152206 - 1 Day System Integration<br>6152700 - 10 Help Desk Incidents<br>9717816 - 1/2 Day of Key Op Training | | | | |
| Printer Copier | **Required with TCS400 Printer/Copier:**<br>4622 - 2 Roll Printer<br>4631C - Controller<br>4610 - Scanner<br>15-1-062197 - 17" CRT Monitor and GUI Kit mouse,<br>Keyboard (any one of the three GUI KIT's will work)<br>4913658 - Adobe Postscript 3/PDF<br>4903822 - Controller Cabinet<br>6152206 - 1 Day System Integration<br>6152700 - 10 Help Desk Incidents<br>9717816 - 1/2 Day of Key Op Training | | | | |

# TCS400 Color Oce Wide Format Printing Systems

| Printer/Copier/Scanner | Printer/Scanner/Scan to File | |
|---|---|---|
| | 622 - 2 Roll Printer | |
| | 4631C - Controller | |
| | 4610 - Scanner | |
| | 4903079 - Oce Scan Logic | |
| | 15-1-062197 - 17" CRT Monitor and GUI Kit | |
| | mouse, Keyboard (any one of the three GUI KIT's will work) | |
| | 4913658 - Adobe Postscript 3/PDF | |
| | 4903822 - Controller Cabinet | |
| | 6152206 - 1 Day System Integration | |
| | 6152700 - 10 Help Desk Incidents | |
| | 9717816 - 1/2 Day of Key Op Training | |
| | | |
| | ALL EQUIPMENT MUST HAVE A TRADE-IN | |
| | If Purchased Separately Delivery = + Deliver & Install | |
| | Maintenance can be individualized | |

| Océ EasyPAC Commercial Service 3-Year Agreements | | Professional |
|---|---|---|
| Quick Start user training/CBT supplement | X | X |
| Technical Service Center Helpdesk Support | X | X |
| 8 - Hour response time | √ | N/A |
| 3-Year Full Maintenance billed in 1/3 annually | X | X |
| Annual Preventative Maintenance | X | X |
| Installation of Controller & Firmware updates | X | X |
| 1/2 Day of Key-Operator Training | X | X |
| 4-Hour Response Time | | X |
| | | |
| 1 Roll Printer Only | $4,095.00 | $5,250.00 |
| 2 Roll Printer Only | $4,095.00 | $5,250.00 |
| 3 Roll Printer Only | $4,095.00 | $5,250.00 |
| Scanner | $1,260.00 | $1,260.00 |
| Océ Scan Logic | $1,260.00 | $1,260.00 |

# Oce TDS450 multifunction

| Item Number | Equipment Description: TDS450 | List Price | | | Delivery & Install |
|---|---|---|---|---|---|
| 4455 | 1 Roll Print Engine with Controller | $12,000.00 | $7,560.00 | 37% | $680.00 |
| 4452 | 2 Roll Print Engine w/Controller & Integrated Stacker | $14,000.00 | $8,820.00 | 37% | $680.00 |
| **CONTROLLER** | | | | | |
| 886 | Base Controller (Printer Only) | $3,500.00 | $2,205.00 | 37% | |
| 4986300 | Base Controller Hybrid GX280 (Copier/MF) | $3,500.00 | $2,205.00 | 37% | |
| **SCANNERS** | | | | | |
| 4510 | Scanner | $9,500.00 | $6,345.00 | 33% | $300.0 |
| **ACCESSORIES UNIQUE TO THE TDS450** | | | | | |
| 4986370 | Océ TDS450 Copy Logic (Required Item for Multifuncion System) | $3,500.00 | $2,345.00 | 33% | $25+ |
| 4986303 | Scan Logic Software (GUI Kit not included) | $4,000.00 | $2,740.00 | 33% | $25+ |
| 4986304 | Océ Color Logic (Multifunction System Only) | $2,700.00 | $1,809.00 | 33% | $25+ |
| 4986306 | Océ High Speed Logic (Multifunction System Only) | $700.00 | $469.00 | 33% | $70+ |
| 15-1-062197 | 17" Monitor CRT GUI Kit, Mouse and Keyboard | $950.00 | $637.00 | 33% | $70+ |
| 15-0-062230 | 15" Flat Panel Monitor GUI Kit, Mouse and Keyboard | $1,950.00 | $1,307.00 | 33% | $70+ |
| 15-2-062263 | 18" Flat Panel Monitor GUI Kit, Mouse and Keyboard | $2,750.00 | $1,843.00 | 33% | $25+ |
| 4986313 | Adobe Postscript 3/PDF Printing (Multifunction System Only) | $2,750.00 | $1,843.00 | 33% | $25+ |
| 4913658 | Adobe Postscript 3/PDF (Multifunction/Printer) | $500.00 | $335.00 | 33% | $25+ |
| 4986318 | Océ Account Logic (Multifunction System Only) | $500.00 | $335.00 | 33% | $25+ |
| 4913653 | Océ Account Logic (Printer Only) | $200.00 | $134.00 | 33% | $25+ |
| 4986308 | Océ Copy Stamping (Multifunction System Only) | $1,500.00 | $1,005.00 | 33% | |
| 4913654 | Océ Print Exec Workgroup (Multifunction and Printer) | $1,500.00 | $1,005.00 | 33% | |
| 4986312 | Océ Print Exec Workgroup Upgrade (Multifunction System Only) | $500.00 | $335.00 | 33% | $25+ |
| 4901201 | Océ Print Exec LT 50 Fixed License (printing of sets) (Maultifunction/Printer) | $600.00 | $402.00 | 33% | $150+ |
| 4984051 | Controller Cabinet (Multifunction and Printer) | $500.00 | $335.00 | 33% | |
| 4913653 | Océ Account Logic | $1,000.00 | $670.00 | 33% | $25+ |
| 4909002 | Océ Account Console | $600.00 | $402.00 | 33% | |
| 4984051 | Controller Cabinet (Multifunction and Printer) | $1,700.00 | $1,139.00 | 33% | $395+ |
| 4913011 | Copy Delivery Tray | $800.00 | $536.00 | 33% | $25+ |
| 350R1M | Océ View Station (software only) | $2,200.00 | $1,474.00 | 33% | $25+ |
| 352R1 | Océ Batch Processor Upgrade-View Station Required | $254.00 | $170.00 | 33% | $35+ |
| 7078632 | Spare Paper Spindle | | | | |

# Oce TDS450 multifuncion

| | SUPPLIES UNIQUE TO THE TDS450 | | | |
|---|---|---|---|---|
| B525001843 | Toner Kit - 2 bottles/carton | $290.00 | 15,000 sf (5% coverage) | |
| D57045011 | Developer - 1 bottle/carton | $455.00 | 150,000 sf (5% coverage) | |
| | Toner Kit - 2 bottles/carton | | | |
| 6152206 | 1 Day of System Integration | $1,450.00 | $1,450.00 | 20% |
| 6152700 | 10 Help Desk Incidents | $875.00 | $87.50 | 20% |
| 9717664 | 1 Day of On Site User Training | $875.00 | $875.00 | |

**NOTES:**

**Printer Only**

**Required with TDS450 Printer Only:**
4452 - 2 Roll Printer with Controller
15-1-062197 17" CRT Monitor and GUI Kit mouse, Keyboard (any one of the three GUI KIT's will work)
4913658 Adobe Postscript 3/PDF
4984051 Controller Cabinet
6152206 - 1 Day System Integration
6152700 - 10 Help Desk Incidents

**Printer Copier**

**Required with TDS450 Printer/Copier:**
4452 - 2 Roll Printer with Controller
4410 - Scanner
4966307 - Oce TDS450 Copy Logic*
15-1-062197 - 17" CRT Monitor and GUI Kit mouse, Keyboard (any one of the three GUI KIT's will work)
4913658 - Adobe Postscript 3/PDF
4984051 - Controller Cabinet
6152206 - 1 Day System Integration
6152700 - 10 Help Desk Incidents

# Oce TDS450 Maultifuncion

**Printer Copier w:Scan to File**

Required with TDS450 Printer/Copier and Scan to File:

4452 - 2 Roll Printer with Controller
4410 - Scanner
4986307 - Oce TDS450 Copy Logic*
15-1-062197 - 17" CRT Monitor and GUI Kit mouse, Keyboard (any one of the three GUI KIT's will work)
4913960 - Oce Scan Logic (scan to Tiff, CAL and PDF)
350R1 - Oce View Station (clean up scan images)
4986313 - Adobe Postscript 3/PDF Printing
4984051 - Controller Cabinet
6152206 - 1 Day System Integration
6152700 - 10 Help Desk Incidents

ALL EQUIPMENT MUST HAVE A TRADE-IN
ALL EQUIPMENT HAS A 90-DAY WARRANTY WITH UNLIMITED USAGE
Starter Kit Included with One Bottle of Toner/One Bottle of Developer
Maintenance can be individualized
$35/month discount when billed Quarterly (maintenance)

| MAINTENANCE | | Low V Plan 2,000 sq/mo .036sq foot | Mid V Plan 5,200 sq/mo .029 sq foot | High V Plan 10,400 sq/mo .025 sq foot |
|---|---|---|---|---|
| 4455 | 1 Roll Print Engine with Controller | $89.00 | $231.00 | $379.00 |
| 4452 | 2 Roll Print Engine with Controller & Integrated Stacker | $89.00 | $231.00 | $379.00 |
| | Océ Scanner | $47.00 | $47.00 | $47.00 |
| | Océ Scan Logic | $34.00 | $34.00 | $34.0 |
| | Océ Repro Desk | $31.00 | $31.00 | $31.0 |

Oce TDS450 haultifuncion

| Monthly Maintenance | |
|---|---|
| See Below | |
| See Below | |
| See Below | |
| $44.00 | |

# Oce TDS600 Wide Format Printing Systems Pricing

| Item Number | Equipment Description TDS600 | List Price | | Delivery & Install | Monthly Maintenance |
|---|---|---|---|---|---|
| **PRINT ENGINES** | | | | | |
| 6620 | Print Engine | $11,000.00 | $7,370.00 | 33% | $790.00 See Below |
| **CONTROLLERS** | | | | | |
| 695 | Oce Power Logic Controller | $5,300.00 | $3,551.00 | 33% | $44.00 |
| **SCANNERS** | | | | | |
| 6610 | Scanner | $9,000.00 | $6,030.00 | 33% | $138.00 |
| **FOLDERS** | | | | | |
| 725 | 1st Folder Section (you need 725 and 726 for folder) | $15,600.00 | $10,452.00 | 33% | $218.00 |
| 726 | 2nd Folder Section - required with 1st. Section | $14,400.00 | $9,648.00 | 33% | |
| **ACCESSORIES UNIQUE TO THE TDS600** | | | | | |
| 4936277 | 2 Roll Drawer | $4,500.00 | $3,015.00 | 33% | $330+ |
| 4936276 | 1 Roll Drawer | $3,000.00 | $2,010.00 | 33% | $330+ |
| 4936278 | Cassette Tray | $3,000.00 | $2,010.00 | 33% | $330+ |
| 853 | Belt Delivery Unit (option for folder) | $7,000.00 | $1,090.00 | 33% | $390+ |
| 8860 | Oce Double Decker Stacker | $6,500.00 | $5,200.00 | 33% | $520+ $50 |
| 4936274 | Original Delivery Tray | $1,500.00 | $1,005.00 | 33% | $395+ |
| 4936271 | Copy Delivery Tray | $1,500.00 | $1,005.00 | 33% | $395+ |
| 4936615 | Paper Switch (included with delivery trays or folder) | $500.00 | $335.00 | 33% | $210+ |
| 9630 | 1-Roll Loader | $250.00 | $188.00 | 33% | $50+ |
| 9631 | 2-Roll Loader | $500.00 | $335.00 | 33% | $50+ |
| 4984051 | Controller Cabinet | $600.00 | $402.00 | 33% | $150+ |
| 15-1-062197 | 17" CRT Monitor GUI KIT, Mouse and Keyboard | $700.00 | $469.00 | 33% | $70+ |
| 15-7-062175 | 15" Flat Panel Monitor GUI Kit, Mouse and Keyboard | $950.00 | $637.00 | 33% | $70+ |
| 15-8-062174 | 18" Flat Panel Monitor GUI Kit, Mouse and Keyboard | $1,950.00 | $1,307.00 | 33% | $70+ |
| 315STF | Oce Scan Logic | $3,500.00 | $2,345.00 | 33% | $25+ |
| 4936303 | Oce Copy Stamping | $400.00 | $268.00 | 33% | $25+ $61.00 |
| 4936304 | Oce Account Logic | $1,000.00 | $670.00 | 33% | $25+ |
| 4909002 | Oce Account Console | $1,000.00 | $670.00 | 33% | $25+ |
| 4936305 | Oce Print Exec Workgroup | $2,500.00 | $1,675.00 | 33% | $25+ |
| 4936312 | Oce Matrix Logic | $1,000.00 | $670.00 | 33% | $25+ |
| 4936286 | Adobe PostScript 3/PDF Printing | $2,750.00 | $1,843.00 | 33% | $25+ |
| 4936290 | Oce Job Templates | $700.00 | $469.00 | 33% | $25+ |
| 4901201 | Oce Print Exec Lt 50 Fixed License (printing of sets) | $500.00 | $335.00 | 33% | $25+ |
| 350R1 | Oce View Station (software only) | $800.00 | $536.00 | 33% | $25+ |
| 352R1 | Oce Batch Processor upgrade-View Station Required | $2,200.00 | $1,474.00 | 33% | $25+ |

## Oce TDS600 Wide Format Printing Systems Pricing

| | SUPPLIES UNIQUE TO THE TDS600 | | |
|---|---|---|---|
| B525001843 | Toner Kit - 2 bottles/carton | $290.00 | Yield = 15,000 sf (5% coverage) |
| D57045011 | Developer - 1 bottle/carton | $455.00 | Yield = 150,000 sf (5% coverage) |
| | **Training: System Integration and Help Desk Incidents** | | |
| 6152206 | 1 Day of System Integration | $1,450.00 | $1,160.00    20% |
| 6152700 | 10 Help Desk Incidents | $875.00 | $700.00    20% |
| 9717664 | 1/2 Day of On Site User Training | $875.00 | $875.00 |
| Printer Only | **Required with TDS600 Printer only:**<br>660 - Print Engine<br>695 - Power Logic Controller<br>15-1-062197 - GUI KIT, mouse and keyboard (any one of the three GUI KIT's will work)<br>4936277 - 2 Roll Drawer (minimum of 2 rolls)<br>4984051 - Controller Cabinet<br>4936286 - Adobe Postscript 3/PDF Printing<br>6152206 - 1 Day System Integration<br>6152700 - 10 Help Desk Incidents | | |
| Printer Copier | **Required with TDS600 Printer and Copier**<br>660 - Print Engine<br>695 - Power Logic Controller<br>6610 - Scanner<br>15-1-062197 - GUI KIT, mouse and keyboard (any one of the three GUI KIT's will work)<br>4936277 - 2 Roll Drawer (minimum of 2 rolls)<br>4984051 - Controller Cabinet<br>4936286 - Adobe Postscript 3/PDF Printing<br>6152206 - 1 Day System Integration<br>6152700 - 10 Help Desk Incidents | | |

# Oce TDS600 Wide Format Printing Systems Pricing

Required with TDS600 Printer/Copier/Scan to File:
660 - Print Engine
695 - Power Logic Controller
15-1-062197 - GUI KIT, mouse and keyboard (any one of the three GUI KIT's will work)
6610 - Scanner

Printer Copier w/Scan to File:
315STF - Oce Scan Station (Tiff, CAL, PDF)
350R1 - Oce View Station (clean up scan images)
493277 - 2 Roll Drawer (minimum of 2 rolls)
4984051 - Controller Cabinet
4996286 - Adobe Postscript 3/PDF Printing
6152206 - 1 Day System Integration
6152700 - 10 Help Desk Incidents

If Purchased Separately Delivery = +
ALL EQUIPMENT MUST HAVE A TRADE-IN
ALL EQUIPMENT HAS A 90-DAY WARRANTY
Starter Kit included with One Bottle of Toner/One Bottle of Developer
Maintenance can be individualized
$35/month discount when billed Quarterly (maintenance)

| | TC54 | TC180 | TC540 | TC720 |
|---|---|---|---|---|
| | 4,500 sf/mo | 15,000 sf/mo | 45,000 sf/mo | 60,000 sf/mo |
| | .0180 sq foot | .0130 | .0120 | .0110 |
| MAINTENANCE 6620 | $143.00 | $341.00 | $605.00 | $726 |
| 6620 | Print Engine | | | |


PLAINTIFF'S EXHIBIT 22

| ACCOUNT NAME | Product / Sold | GSA PRICE | SALE PRICE after Trade | TRADE-IN HA HA | TRADE-IN VALUE |
|---|---|---|---|---|---|
| DOT MIAMI/FL STATE CONTRACT | TDS800 PRINTER/SCANNER/SCAN TO FILE | $135,590.00 | $109,877.00 | FMV LEASE | NO TRADE |
| DOT TURNPIKE/FL STATE CONTRACT | TDS800 PRINTER/SCANNER/SCAN TO FILE | $135,590.00 | $109,877.00 | FMV LEASE | NO TRADE |
| DOT LAKE CITY/FL STATE CONTRACT | TDS800 PRINTER/SCANNER/SCAN TO FILE | $135,590.00 | $109,877.00 | FMV LEASE | NO TRADE |
| DOT DELAND/FL STATE CONTRACT | TDS800 PRINTER/SCANNER/SCAN TO FILE | $135,590.00 | $109,877.00 | FMV LEASE | NO TRADE |
| BRPH | TDS400 Printer | $21,837.00 | $12,925.00 | NONE | NONE |
| Square Express Inc./ Miami | 6-TDS800/PRINTER/SCANNER/SCAN TO FILE REPRODESK | $140,396.00 | NO price this was done in Chicago. They gave them one FREE the rest at a special price | Océ 9800's | none on paperwork |
| Kinley Horn - Vero Beach | TDS600 | $40,752.00 | $30,015.00 | GAF Print Val | $4,500.00 |
| Kinley Horn - Stuart | TDS400 Printer/Scanner/Scan Logic/PDF | $36,839.00 | $29,445.00 | Rotolite SL 42/20F | $10,505.00 |
| Kinley Horn - Lynn Haven | TDS600/Printer/Scanner/Scan Logic/2 rolls | $38,943.00 | $30,359.00 | HP 1055c | $11,721.00 |
| Kinley Horn - Houston | TDS600/Printer/Scanner/Scan Logic/2 rolls | $38,943.00 | $30,359.00 | HP 1050C | $11,721.00 |
| Kinley Horn - Cary NC | TDS600/Printer/Scanner/Scan Logic/4 rolls | $43,295.00 | $34,675.00 | HP DJ | $11,666.00 |
| Kinley Horn - Frisco TX | TDS600/Printer/Scanner/Scan Logic/2 rolls | $38,943.00 | $30,334.00 | Xerox 3040 | $11,746.00 |
| Kinley Horn - Dallas | TDS600/Printer/Scanner/Scan Logic/2 rolls | $38,943.00 | $30,334.00 | HP 750 | $1,334.00 |
| Kinley Horn - Zephyrhills FL | TDS600/Printer/Scanner/Scan Logic/4 rolls | $43,295.00 | $33,605.00 | Océ 9400 / HP 430 | $7,700.00 |
| Kinley Horn - Lakeland FL | TDS600/Printer/Scanner/Scan Logic/4 rolls | $43,295.00 | $37,040.00 | Customer Scrap / Epson FX286 | $4,500.00 |
| Kinley Horn - Tampa FL | TDS600/Printer/Scanner/Scan Logic/2 rolls | $36,825.00 | $36,200.00 | Customer Scrap / Diazit XL300 | $9,000.00 |
| Kinley Horn - Vero Beach | TDS600/Printer/Scanner/Scan Logic/2 rolls | $38,169.00 | $36,200.00 | Customer Scrap | $9,000.00 |
| Kinley Horn - Vero Beach | TDS600/Printer/Scanner/Scan Logic/2 rolls | $43,295.00 | $37,800.00 | HP 750C / Diazit 300 | $8,700.00 |
| Kinley Horn - Sarasota | TDS400/Printer/Scanner/Scan Logic | $39,020.00 | $23,900.00 | Océ Pick Up / Diazit 300 | $5,400.00 |
| Kinley Horn - Orlando | TDS400/Printer/Scanner/Scan Logic | $39,020.00 | $29,170.00 | Océ Pick Up / Xerox 2525 | $10,505.00 |
| Kinley Horn- Fort Lauderdale | TDS400/Printer/Scanner/Scan Logic | $39,020.00 | $29,170.00 | Customer Scrap / KIP 1880 | $10,505.00 |
| Kinley Horn- Miami Beach | TDS400/Printer/Scanner/Scan Logic | $38,477.00 | $24,180.00 | Océ Pick Up / HP 750 | $5,400.00 |
| Kinley Horn - Herndon VA | TDS400/Printer/Scanner/Scan Logic | $38,477.00 | $27,395.00 | Customer Scrap / HP 755C | $10,505.00 |
| Kinley Horn - Ocala | TDS400/Printer/Scanner/Scan Logic | $38,477.00 | $28,895.00 | Customer Scrap | $10,505.00 |

| Company | Equipment | | | | |
|---|---|---|---|---|---|
| AEC Services | TDS600/Priner/Scanner/Scan Logic/2 rolls | | | HP 750 C Customer Scrap | $9,375.00 |
| Progress Energy Now FL Power Corp when sale was made | 13 - 9400/priner/scanners | GSA was about $24,000 | $18,115 Océ Min price at the time was about 23,000 list was about 28,000 | all had Trade-In picked up by Océ Océ 7056 | $9,885 per trade |
| Pringle Development Inc. | TDS600/Priner/2 roll | $25,278.00 | $21,275.00 | Océ pick up Mita X13648 | $5,600.00 |
| Harvard Jolly Clees Toppe | TDS600/Priner/Scanner/Scan Logic/4 rolls | $38,892.00 | $32,377.00 | Customer Scrap Mita X13648 | $11,518.00 |
| Harvard Jolly Clees Toppe | TDS600/Printer/Scanner/Scan Logic/4 Roll | $39,525.00 | $37,000.00 | Customer Scrap HP 700 | $7,925.00 |
| C.T.HSU & Associates | TDS400/Printer | $21,077.00 | $16,300.00 | Customer Scrap Blueray 44 | $5,600.00 |
| ES Design Group Inc. | TDS400/Printer | $22,319.00 | $17,575.00 | Customer Scrap | $5,500.00 |
| Imaging Technologies - Atlanta | TDS600/Printer/Scanner/Scan Logic/4 rolls | $40,447.00 | $30,050.00 | No Trade | |
| Imaging Technologies - Atlanta | Tds400/Printer/Scanner/Scan Logic | $34,088.00 | $20,115.00 | No Trade KIP 2900 | |
| Land Design South | TDS400/Printer/Scanner/Scan Logic | $34,376.00 | $29,830.00 | Océ pick up | $10,595.00 |
| Marel Corp | 3-Océ 7055 | GSA was about $8,000 | $3,850 each | Trade-in's not even Listed | from $1,448 to $1,898.00 |
| Marel Corp | 2-Ocd 7056 | GSA was about $9,000 | $5,050 each | Trade-in's not even Listed | from $1,448 to $1,898.00 |
| Marel Corp | 2-TDS400/Scanner | $8,705 Each | $4,411 each | No Trade Listed HP 430 | $3,625 each |
| Raymond Building Supply Corp | TDS600/Printer/Scanner/Scan Logic/4 rolls | $43,637.00 | $32,025.00 | Customer Scrap HP 700 | $13,850.00 |
| Redmon Design Company PA | TDS400/Printer/Scanner/Scan Logic | $30,433.00 | $20,841.00 | Customer Scrap Xerox 8830 | $9,834.00 |
| Rochester & Associates Inc. | TDS400/Printer/Scanner/Scan Logic | $35,650.00 | $27,665.00 | Customer Scrap Océ 9600 | No amount shown |
| Saint Johns River Power Park | TDS600/Printer/Scanner/Scan Logic/4 rolls | $49,741.00 | $36,518.00 | Océ pick up | $15,521.00 |

| Customer | Equipment | GSA | Sale Price | Trade-In | Trade-In Value |
|---|---|---|---|---|---|
| Walt Disney | Océ TDS400/Printer/Scanner/Scan Logic | $31,621.00 | $22,035.00 | HP 755C Customer Scrap | $15,045.00 |
| Walt Disney | 7056 | $10,000.00 | $4,290.00 | No Trade-In | |
| Walt Disney | 3000 | $36,459.00 | $22,000.00 | No Trade-In | |
| Walt Disney | 9300 | $11,000.00 | $8,000.00 | No Trade-In | |
| Michelin | TDS400/Printer/Scanner/Scan Logic | $34,998.00 | $25,263.00 | Xerox 2529 Océ Pick Up | $12,387.00 |

PLAINTIFF'S EXHIBIT 2 4

| CUSTOMER NAME | EQUIPMENT ORDERED | SALE PRICE (Sell Price) | TRADE IN (Trade In) | TRADE IN BOOK VALUE (Trade Value) | Trade Value if New |
|---|---|---|---|---|---|
| CITY OF PALM BY | TDS450/PRINTER/SCANNER/SCAN LOGIC | $36,825.00 | Bruning PD101 Océ Remove $22,841.00 | $14,344.00 | |
| CITY OF BOCA RATON | TDS400/PRINTER/SCANNER/SCAN LOGIC | $38,592.00 | HP 600C Customer Scrap $26,103.00 | No Trade Value Shown | |
| CITY OF BOCA RATON | CS 4033/SCANNER/SCAN LOGICE | $13,891.00 | CONTEX Customer Scrap $13,319.00 | $5,971.00 | |
| CITY OF ORLANDO/WASTEWATER | TDS400/PRINTER/SCANNER/SCAN LOGIC | $42,202.00 | Océ 7051 Customer Scrap $33,992.00 | $5,051.00 | New Approximately $10,000 |
| CITY OF PLANTATION | TDS400/PRINTER/SCANNER | $30,670.00 | Xerox 3030 Customer Scrap $25,961.00 | $12,939.00 | |
| CITY OF TALLAHASSEE/State FL Contract price used | TDS900/PRINTER/SCANNER/SCAN LOGIC | $26,716.00 | HP 530C Océ Remove $28,605.00 | $5,190.00 | New Approximately $5,000 |
| Brevard County Water Resources | TDS400/Printer/Scanner/Scan Logic | $29,516.00 | Print Vac 600 Customer Scrap $24,340.00 | No Trade Value Shown | |
| County of Broward | TDS400/PRINTER/SCANNER/SCAN LOGIC | $36,779.00 | HP 600 DJ Customer Scrap $29,843.00 | $8,945.00 | New Approximately |
| County of Broward | TDS600/PRINTER/SCANNER/SCAN LOGIC | $44,899.00 | Bruning 8750 Océ Remove $53,575.00 | $8,775.00 | |
| Tampa Reprographics & Supply | TDS400/Printer | $14,992.00 | HP C2847A Océ Remove $9,814.00 | $5,890.00 | |
| Touchpoint Inc | TDS400/Printer/PLC FREE by Exception | $19,698.00 | Minolta EP310 By 3ed Party $15,825.00 | $5,125.00 | |
| Triangle Reprographics | TDS400/PRINTER/SCANNER/SCAN LOGIC | $32,347.00 | No Trade $19,095.00 | No Trade Value Shown | |
| Triangle Reprographics | TDS900/Printer/6 rolls | $125,541.00 | NO TRADE $101,100.00 | No Trade Value Shown | |
| Triangle Reprographics | TDS400/Printer/Scanner | $28,043.00 | NO TRADE $18,872.00 | No Trade Value Shown | |
| Tyndall Air Force Base | TDS600/PRINTER/SCANNER/SCAN LOGIC | $46,528.00 | HP 750C Customer Scrap $48,823.00 | $3,861.00 | |
| United Space Alliance | TDS400/Printer | $23,979.00 | HP 650 By 3ed Party Ha $19,074.00 | $4,825.00 | |

| CUSTOMER NAME | EQUIPMENT ORDERD | GSA PRICE | SALE PRICE Includes Trade | TRADE-IN | TRADE VALUE | Trade Value New |
|---|---|---|---|---|---|---|
| United Space Alliance | TDS600/PRINTER/SCANNER/SCAN LOGIC | $46,158.00 | $39,506.01 | Océ 9476 customer scrap Océ 9700 | $12,632.99 | |
| Jiversity Imaging | 2 - TDSS800/Printer/Scanner/6 Roll/ReproDesk | $425,736.00 | $263,650.00 | Océ Remove | $134,120.00 | New Approximately $97,000 |

| CUSTOMER NAME | EQUIPMENT ORDERD | GSA PRICE | SALE PRICE (Includes Trade) | TRADE IN | TRADE VALUE | Trade Value New |
|---|---|---|---|---|---|---|
| CITY OF PALM BY | TDS450/PRINTER/SCANNER/SCAN LOGIC | $36,825.00 | $22,841.00 | Bruning PD101 Océ Remove | $14,344.00 | |
| CITY OF BOCA RATON | TDS400/PRINTER/SCANNER/SCAN LOGIC | $39,592.00 | $26,103.00 | HP 600C Customer Scrap | No Trade Value Shown | |
| CITY OF BOCA RATON | CS 4039/SCANNER/SCAN LOGICE | $13,891.00 | $13,319.00 | CONTEX Customer Scrap | $5,971.00 | |
| TY OF ORLANDO/WASTEWATER | TDS400/PRINTER/SCANNER/SCAN LOGIC | $42,202.00 | $33,992.00 | Océ 7051 Océ Remove | $5,051.00 | New Approximately $10,000 |
| CITY OF PLANTATION | TDS400/PRINTER/SCANNER | $30,670.00 | $25,961.00 | Xerox 3030 Customer Scrap | $12,939.00 | |
| CITY OF TALLAHASSEE/State FL Contract price used | TDS600/PRINTER/SCANNER/SCAN LOGIC | $26,716.00 | $28,605.00 | HP 530C Océ Remove | $5,190.00 | New Approximately $5,000 |
| Brevard County Water Resources | TDS400/Printer/Scanner/Scan Logic | $29,516.00 | $24,340.00 | Print Vac 600 Customer Scrap | No Trade Value Shown | |
| County of Broward | TDS400/PRINTER/SCANNER/SCAN LOGIC | $36,779.00 | $29,843.00 | HP 600 DJ Customer Scrap | $6,945.00 | New Approximately |
| County of Broward | TDS600/PRINTER/SCANNER/SCAN LOGIC | $44,899.00 | $53,575.00 | Bruning 8750 Océ Remove | $8,775.00 | |
| Tampa Reprographics & Supply | TDS400/Printer | $14,992.00 | $9,814.00 | HP C2847A Océ Remove | $5,890.00 | |
| 'uchpoint Inc. | TDS400/Printer/PLC FREE by Exception | $19,698.00 | $15,825.00 | Minolta EP310 By 3ed Party | $5,125.00 | |
| Triangle Reprographics | TDS400/PRINTER/SCANNER/SCAN LOGIC | $32,347.00 | $19,095.00 | No Trade | No Trade Value Shown | |
| ''angle Reprographics | TDS800/Printer/6 rolls | $125,541.00 | $101,100.00 | NO TRADE | No Trade Value Shown | |
| Triangle Reprographics | TDS400/Printer/Scanner | $28,043.00 | $18,872.00 | NO TRADE HP 750C | No Trade Value Shown | |
| Tyndall Air Force Base | TDS800/PRINTER/SCANNER/SCAN LOGIC | $46,528.00 | $48,823.00 | Customer Scrap HP 650 | $3,861.00 | |
| United Space Alliance | TDS400/Printer | $23,979.00 | $19,074.00 | By 3ed Party Ha | $4,825.00 | |

| CUSTOMER NAME | EQUIPMENT ORDERED | GSA PRICE | SALE PRICE (includes Trade) | TRADE-IN | TRADE VALUE | Trade Value New |
|---|---|---|---|---|---|---|
| United Space Alliance | TDS600/PRINTER/SCANNER/SCAN LOGIC | $46,158.00 | $39,506.01 | Océ 9476 customer scrap Océ 9700 | $12,632.99 | |
| University Imaging | 2 -TDSS800/Printer/Scanner/6 Roll/ReproDesk | $425,736.00 | $263,650.00 | Océ Remove | $194,120.00 | New Approximately $97,000 |