UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel., et. al.<br><br>    Plaintiffs,<br><br>v.<br><br>OCÉ NORTH AMERICA, et. al.<br><br>    Defendants. | Civil Action No: 1:06-CV-00648<br>Judge Royce C. Lamberth |

**MOTION TO VACATE COURT'S ORDER OF JUNE 18, 2008 GRANTING PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SERVING OCÉ, N.V.**

On June 18, 2008, the Court entered an Order granting Plaintiffs' Motion to Extend the Time for Serving Océ, N.V. (Doc. No. 29). The *qui tam* Relators in this case filed this Motion to Extend Time on June 17, 2008. The Motion states that it is a "consent motion."

Defendants Océ, N.V., Océ North America, Océ Imagistics, and Océ-USA Holding, Inc. (collectively, "Defendants") *did not and do not consent* to the Motion to Extend Time, because there is no good cause to support the Motion. The accompanying Memorandum further explains Defendants' grounds for opposing the Relators' Motion to Extend Time.

Defendants respectfully move for the Court to vacate its June 18, 2008 Order, as it was entered before the Defendants' were able to submit a Memorandum in Opposition to the Relators' Motion pursuant to Local Civil Rule 7(b), which allows parties defending motions eleven days in which to file opposing papers. Defendants further respectfully move for the Court to enter an order denying the Relators' Motion for Extension of Time for the reasons set forth in the accompanying Memorandum of Points and Authorities.

- 2 -

Pursuant to Local Civil Rule 7(m), on June 23, 2008, the undersigned counsel Kathleen L. McGuan, contacted counsel for the Relators Vincent McKnight by telephone to make a good-faith effort to determine whether this motion is opposed. Counsel for the Relators indicated that Relators oppose Defendants' Motion to Vacate.

                                          Respectfully submitted,

Dated: June 23, 2008                         REED SMITH LLP

                                          /s/ Kathleen L. McGuan_____
                                        Kathleen L. McGuan, D.C. Bar No. 358359
                                        Steven D. Tibbets, D.C. Bar No. 495132
                                        1301 K Street, N.W.
                                        Suite 1100 – East Tower
                                        Washington, D.C. 20005
                                        Telephone: (202) 414-9353
                                        Email: kmcguan@reedsmith.com
                                        Email: stibbets@reedsmith.com
                                        Fax: (202) 414-9299

                                        *Counsel for Defendants Océ, N.V., Océ North America, Océ Imagistics, and Océ-USA Holding, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendants' Motion to Vacate the Court's Order of June 18, 2008 was served by electronic mail via the Court's CM-ECF system and by first-class U.S. Mail, postage prepaid, on June 23, 2008, on the following:

    Laurie Weinstein, Esq.
    United States Attorney
    555 4th Street, N.W.
    Washington, D.C.  20001

    Michael B. Mukasey, Esq.
    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C.  20530-0001

    H. Vincent McKnight, Jr., Esq.
    ASHCRAFT & GEREL
    2000 L Street, N.W.
    Suite 400
    Washington, D.C.  20036

    David W. Sanford, Esq.
    SANFORD, WITTELS & HEISLER, LLP
    2121 K Street, N.W.
    Suite 700
    Washington, D.C.  20037

                /s/ Steven D. Tibbets
                Steven D. Tibbets, D.C. Bar No. 495132

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel , et. al.         )<br>                                                          )<br>        Plaintiffs,                              )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>OCÉ NORTH AMERICA, et. al.       )<br>                                                          )<br>                                                          )<br>        Defendants.                           )<br>                                                          )<br>_____) | Civil Action No: 1:06-CV-00648<br>Judge Royce C. Lamberth |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VACATE COURT'S ORDER OF JUNE 18, 2008 GRANTING PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SERVING OCÉ, N.V.**

Pursuant to Federal Rule Local Civil Rule 7(b), Defendants file this Memorandum of Points and Authorities in Support of Defendants' Motion to Vacate the Court's Order of June 18, 2008, which granted Plaintiffs' June 17, 2008 Motion to Extend the Time for Serving Defendant Océ, N.V. This Memorandum further sets forth points and authorities in opposition to the Motion to Extend Time.

On June 17, 2008, the *qui tam* Relators in this case, Stephanie Schweizer and Nancy Vee (collectively, "Relators") filed a Motion to Extend the Time for serving one of the Defendants, Océ, N.V. The Defendants respectfully submit that the Court should vacate the order at issue and should not have granted the underlying motion for two reasons: (A) Océ, N.V did not consent to the motion as the motion may have been interpreted, and (B) the Relators have failed to establish good cause for extending the time in which they may complete service.

**I.        PROCEDURAL HISTORY**

The Relators filed their initial Complaint under seal on April 7, 2006. (Doc. No. 1) – that is over 26 months ago. The Relators named four Defendants in their initial Complaint: (1) Océ,

- 1 -

N.V.; (2) Océ North America; (3) Océ Imagistics; and (4) Océ-USA Holding, Inc. Océ, N.V. is located in Venlo, Netherlands. The initial Complaint contained the notation "Serve: Registered Agent, Rokus van Iperen, Océ, N.V., St. Urbanusweg 43, Venlo, the Netherlands." (Doc. No. 1 at 1). Thus, it is clear that the Relators have known for more than two years that both Océ, N.V. and its registered agent are located in the Netherlands.

On June 2, 2008, the Court ordered the Complaint to be unsealed and served upon the Defendants by the Relators on June 17, 2008. (Doc. No. 27). On June 12, 2008, counsel for the Relators contacted counsel for the Defendants, by telephone and requested that the Defendants waive service of process. *See* Exhibit A, Affidavit of Jason P. Matechak ¶ 3 ("Exh. A"). Counsel for the Defendants advised that all of the Defendants except for Océ, N.V. would be willing to waive service of process. Mr. Matechak explained that Oce N.V. was not a party to the government contracts at issue in the case and did not conduct business in the United States. Counsel for Relators asked Mr. Matechak whether the Defendants would provide additional information regarding Defendant Océ, N.V. that would permit Relators to determine whether the Court could exercise personal jurisdiction over Océ, N.V. *Id.* Although Mr. Matechak agreed to provide responses to any specific inquiries, Relators' counsel did not follow up with any questions prior to the submission of their Motion to Extend Time. *Id.*

On June 17, 2008, the Relators filed their Motion to Extend the Time for Serving Océ, N.V. The first page of the Motion describes it as a "consent motion." The motion states the following:

> [T]he parties have begun discussions about whether Defendant Oce, N.V. is in fact a necessary party to this action. These discussions could lead to the conditional dismissal of Defendant Oce, N.V. without prejudice. But, before a final decision can be made, the plaintiffs need to exercise due diligence. The parties have agreed to cooperate in this regard. Plaintiffs ask the Court for thirty (30) days to explore this option before initiating

the formal and expensive steps necessary to serve Oce, N.V. under the Hague Convention.

Prior to filing this Motion, counsel for the Relators contacted counsel for the Defendants to determine whether Defendants opposed the Motion. Counsel for the Defendants informed counsel for the Relators that the Defendants would not consent to the Motion. Ex. A ¶ 4.

## II. ARGUMENT

### A. The Court Should Vacate Its June 18, 2008 Order Because Defendants did not Consent to the Motion

The Relators' use of the term "consent motion" in their Motion to Extend Time appears to have communicated to the Court that Relators' Motion was unopposed. To the contrary, the Defendants did and do oppose Relators' motion. As explained in the Procedural History section of this memorandum, Relators' counsel conducted a Local Civil Rule 7(m) conference prior to filing the Motion to Extend Time during which Defendants' counsel informed that Defendants would not consent to the Motion. In their Motion, the Relators discuss the Defendants' cooperation with regard to providing information regarding jurisdiction over Océ, N.V. The Relators presentation of this information may have created the impression that Defendants consented to Relators' Motion when the Defendants did not. Therefore, it is appropriate for the Court to vacate its June 18, 2008 Order as it was entered based on the presumption that the Relators' Motion was consented to by the Defendants.

### B. The Court Should Deny the Relators' Motion for Extension of Time Because There is No Good Cause to Support the Motion

Federal Rule of Civil Procedure 4(m) "explicitly instructs the district court to provide additional time for service if there is *good cause* for a plaintiff's failure to effect service within the prescribed 120 days." 4B Wright & Miller, Fed. Prac. & Proc. Civ. 3d § 1137 (1998)

(emphasis added).  Moreover, Federal Rule of Civil Procedure 6(b) instructs that courts should only grant extensions of time for "cause shown."

The Relators' motion indicates that the "cause" for their extension is to permit them to "exercise due diligence" by holding "discussions" with counsel for the Defendants.  The Relators have known since April 2006 that Océ, N.V. is not a U.S. corporation.  Relators have had ample time, over two years, to "exercise due diligence" to determine whether Océ, N.V. is in fact subject to personal jurisdiction and amenable to service of process.  To the extent that the Relators have failed to make this determination before the present time, the Defendants respectfully submit that such failure cannot constitute "cause" for extending the time for Relators to determine whether to effect service of process on Océ, N.V.

Relators essentially seek additional time to decide whether to proceed with litigation against Océ, N.V., but, when counsel for Defendants offered to provide information prior to the June 17, 2008 deadline for serving the Complaint, counsel for the Relators failed to act on this offer.  There is no information that the Relators can obtain during the next thirty days that they have not already had ample opportunity to obtain.  While it might be the case that an extension of time could be warranted to complete appropriate service, here Relators not only have not begun to commence service, they have not even decided as to whether they want to or can serve Océ, N.V.  Accordingly, Defendants respectfully request that the Court deny their Motion to Extend the Time for Serving Océ, N.V.

### III. CONCLUSION

For the reasons stated above, Defendants respectfully request that the Court vacate its June 18, 2008 Order Granting the Plaintiffs' Motion to Extend the Time for Serving Océ, N.V.,

- 4 -

- 5 -

enter an order denying the Plaintiffs' Motion to Extend the Time for Serving Océ, N.V., and grant all further relief that the Court finds to be appropriate.

Dated: June 23, 2008                    Respectfully submitted,

                                        REED SMITH LLP


                                         /s/ Kathleen L. McGuan
                                        Kathleen L. McGuan D.C. Bar No. 358359
                                        Steven D. Tibbets, D.C. Bar No. 495132
                                        1301 K Street, N.W.
                                        Suite 1100 – East Tower
                                        Washington, D.C. 20005
                                        Telephone: (202) 414-9353
                                        Email: kmcguan@reedsmith.com
                                        Email: stibbets@reedsmith.com
                                        Fax: (202) 414-9299

                                        *Counsel for Defendants Océ, N.V., Océ North America, Océ Imagistics, and Océ-USA Holding, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Memorandum of Points and Authorities in Support of Defendants' Motion to Vacate the Court's Order of June 18, 2008 was served by electronic mail via the Court's CM-ECF system and by first-class U.S. Mail, postage prepaid, on June 23, 2008 on the following:

>Laurie Weinstein, Esq.
>United States Attorney
>555 4th Street, N.W.
>Washington, D.C. 20001
>
>Michael B. Mukasey, Esq.
>Attorney General of the United States
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530-0001
>
>H. Vincent McKnight, Jr., Esq.
>ASHCRAFT & GEREL
>2000 L Street, N.W.
>Suite 400
>Washington, D.C. 20036
>
>David W. Sanford, Esq.
>SANFORD, WITTELS & HEISLER, LLP
>2121 K Street, N.W.
>Suite 700
>Washington, D.C. 20037

    /s/ Steven D. Tibbets
Steven D. Tibbets, D.C. Bar No. 495132

- 6 -