UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel., et. al.<br><br>   Plaintiffs,<br><br>v.<br><br>OCÉ NORTH AMERICA, et. al.<br><br>   Defendants. | Civil Action No: 1:06-CV-00648<br>Judge Royce C. Lamberth |

**AFFIDAVIT OF JASON P. MATECHAK**

I, JASON P. MATECHAK, do hereby state, under oath:

   1.  I am a partner with the law firm of Reed Smith, LLP, and located in its Washington, D.C. office. I am admitted to practice before the highest courts of Virginia and the District of Columbia. I am also admitted to practice before the United States District Court for the District of Columbia.

   2.  I represent Defendants Océ, N.V., Océ North America, Océ Imagistics, and Océ-USA Holding, Inc. in connection with the captioned case.

   3.  On June 12, 2008, Vincent McKnight, counsel for the *qui tam* Relators in the captioned case contacted me and co-counsel by telephone to discuss whether the Defendants would waive service of process pursuant to Federal Rule of Civil Procedure 4(d). We verbally indicated that Océ, N.V. would not waive service of process because the Court cannot exercise jurisdiction over Océ, N.V., and Océ, N.V. is not located in the United States. Mr. McKnight asked whether we would be willing to share information about Océ, N.V. with the Relators' counsel to assist them in assessing whether a voluntary dismissal of Océ, N.V would be warranted. We advised Mr. McKnight that if he would submit specific inquiries, we would attempt to provide the information sought.

4.  On June 17, 2008, the Relators filed a motion for an extension of time, the basis for which was to permit the Relators more time to assess whether to continue to prosecute their case with regard to Océ, N.V. Prior to filing this motion, Mr. McKnight contacted me to discuss whether the Defendants would consent to a motion for an extension of time to permit the Relators to decide whether to serve Océ, N.V. with process. I informed Mr. McKnight, via an electronic mail dated June 17, 2008, that the Defendants would not consent to such a motion.

5.  On June 18, 2008, Mr. McKnight informed me the extension motion was granted. He further indicated that he would attempt to provide to me by June 24, 2008 the questions Defendants could answer that would assist the Relators in deciding whether to serve Océ, N.V.

_____
Jason P. Matechak

Sworn to and authenticated before me
this 20 day of JUNE, 2008.

_____
Notary Public

My Commission expires: JUNE 30, 2011

RHAE A. FOREMAN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011