**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ex rel., et. al.   )<br>                                                            )<br>        Plaintiffs,                              )<br>                                                            )<br> v.                                                       )<br>                                                            )<br> OCÉ NORTH AMERICA, et. al.  )<br>                                                            )<br>                                                            )<br>        Defendants.                         )<br>                                                            )<br> _____) | Civil Action No: 1:06-CV-00648<br>Judge Royce C. Lamberth |

**ORDER**

This action comes before the Court on Defendants' Motion to Vacate the Court's Order [29] of June 18, 2008 Granting the Plaintiffs' Motion to Extend the Time for Serving Océ, N.V. Upon consideration of the motion and the entire record in this matter, it is hereby:

ORDERED that the motion is GRANTED. The Court's Order [29] of June 18, 2008 is VACATED. Furthermore, the Plaintiffs' Motion to Extend the Time for Serving Océ, N.V. is DENIED.

SO ORDERED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE