UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Stephanie Schweizer and Nancy Vee,  :  :  Plaintiffs-Relators,  : v.  : : OCE, N.V., OCE NORTH AMERICA, OCE IMAGISTICS, and OCE-USA HOLDINGS, INC.,  : : Defendants  : | Civil Action No: 06-0648 (RCL) Judge Royce C. Lamberth |

## ORDER

Upon consideration of Defendants' Motion to Vacate the Court's Order of June 18, 2008 Granting Plaintiffs' Motion to Extend the Time for Serving Oce, N.V. and Plaintiffs-Relators' Opposition thereto, it is hereby

ORDERED that the motion is DENIED.

SO ORDERED this ___ day of _____, 2008

_____
Judge James Robertson
United Stats District Judge