IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* Stephanie Schweizer et al.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OCE, N.V., OCE NORTH AMERICA,<br>OCE IMAGISTICS, and OCE-USA<br>HOLDING, INC.,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION NO:<br>06-0648 (RCL) |

## NOTICE OF APPEARANCE OF MEREDITH L. BURRELL

**PLEASE TAKE NOTICE** that the undersigned co-counsel, on behalf of the United States of America, hereby enters her appearance in the above-captioned case pursuant to Local Rules 83.2(e) and 83.6(a), and requests that the Court send all notices, orders and the like to the undersigned via the CM/ECF system, or at the address indicated below.  All counsel of record will be served with this notice via the Court's CM/ECF filing system.

///

///

///

///

///

///

///

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

/s/ Meredith L. Burrell_____
JOYCE R. BRANDA
PATRICIA R. DAVIS
MEREDITH L. BURRELL (MD Bar, no number issued)
Attorneys, Civil Division
United States Department of Justice
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 514-8746
Facsimile: (202) 514-0280
Attorneys for the United States