UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Stephanie Schweizer and Nancy Vee, | : : : : | Civil Action No: 06-0648 (RCL) |
| Plaintiffs-Relators, | : | Judge Royce C. Lamberth |
| v. | : : : | |
| OCE, N.V., OCE NORTH AMERICA, OCE IMAGISTICS, and OCE-USA HOLDINGS, INC., | : : : : | |
| Defendants | : | |

## ORDER

Upon consideration of Defendants' Motion to Vacate the Court's Order of June 18, 2008 Granting Plaintiffs' Motion to Extend the Time for Serving Oce, N.V. and Plaintiffs-Relators' Opposition thereto, it is hereby

ORDERED that the motion is DENIED since the Court finds good cause to extend plaintiffs' time in any event.

SO ORDERED this 16th day of July, 2008

_____/s/_____
Chief Judge Royce C. Lamberth