

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 20, 2008

**VIA HAND DELIVERY**

Nancy Mayer-Whittington
Clerk of the Court
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    United States ex rel. Schweizer, et al. v. Oce, N.V.,
            No. 06-0648

Dear Ms. Mayer-Whittington:

    I am writing in reference to Judge Lamberth's order of June 2, 2008, which authorized the unsealing of the complaint in this matter. It appears from the electronic records available through the PACER record system that some materials other than the complaint have been unsealed and are now publicly available. Because Judge Lamberth's order only authorized the unsealing of the complaint and expressly stated that the remainder of pre-June 2 records remain under seal, the United States requests that all materials other than the complaint and any amendments thereto be removed from the public record. See 6/2/08 Order, ¶ 2.

    Specifically, the United States requests that pages 44 through 69[1] of docket entry number one be removed from the public record, and that exhibits referenced in docket entry 1-2 (Notice Regarding Exhibit) also remain under seal and not made available for public viewing in the Clerk's office. These documents constitute the relator's Disclosure

---

[1] This reference is to the page numbers appearing in the electronic file stamp at the top of all pages of docket entry number one.

Statement to the United States in this case, which the relator is required under the False Claims Act to provide to the government separate from the complaint. Because these documents are separate from the complaint, they should remain under seal in accordance with Judge Lamberth's order.

In addition, the relators in this case filed an amended complaint on or around December 21, 2006. Because Judge Lamberth ordered the unsealing of the complaint "and any amendments thereto," the amended complaint should also be unsealed.

Please do not hesitate to contact me at (202) 514-7133 if you have any question regarding this letter.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: LAURIE J. WEINSTEIN
Assistant United States Attorney

cc:

Honorable Royce C. Lamberth

Jason P. Matechak, Esq.
Reed Smith LLP
1301 K Street, NW
Suite 1100 - East Tower
Washington, D.C. 20005-3373

H. Vincent McKnight, Esq.
Ashcraft & Gerel
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036

David W. Sanford, Esq.
Sanford, Wittels & Heisler
1666 Connecticut Ave., N.W.
Suite 310
Washington, D.C. 20037