**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES *ex rel.* ) <br> SCHWEIZER, *et. al.*, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OCÉ NORTH AMERICA, *et. al.*, ) <br> ) <br>     Defendants. ) <br> ) <br> _____) | Civil Action No:  1:06-CV-00648 <br> Judge Royce C. Lamberth |

### ORDER

This action comes before the Court on Defendants' Motion to Unseal Documents Filed by the Relators in this Case.  Upon consideration of the motion and the entire record in this matter, it is hereby:

ORDERED that the motion is GRANTED.  The Clerk of Court is instructed to unseal each document filed in this case by Stephanie Schweizer and/or Nancy Vee.  The Clerk of Court is ordered to make each such document accessible on the Court's Electronic Case Filing System and serve each document on counsel for the Defendants via electronic mail.

SO ORDERED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE