UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ex rel.               )<br>                                                     )<br>STEPHANIE SCHWEIZER, et al.  )<br>                                                     )<br>              Plaintiffs,               )<br>    v.                                            )<br>                                                     )<br>OCÉ N.V., et al.                          )<br>                                                     )<br>              Defendants             )<br>_____) | Civil Action No.: 1:06CV00648<br>Judge Royce C. Lamberth |

### STATUS REPORT OF THE SERVICE OF FOREIGN DEFENDANT, OCE N.V.

Comes now the Plaintiffs/Relators, by and through counsel and respectfully state that the Plaintiff/Relators had until July 17, 2008 to initiate service on the foreign defendant, Oce, N.V. On July 10, 2008, the Plaintiffs/Relators obtained a summons from the Court for the Defendant Oce, N.V. The Plaintiffs/Relators engaged Crowe Foreign Services of Portland, Oregon to translate the complaint and make service on Oce, N.V. in the Netherlands. The translation of the Complaint is underway. Upon completion of the translation, the Complaint will be served upon the Defendant, Oce, N.V. in accordance with the Hague Service Convention.

Respectfully submitted:

**ASHCRAFT & GEREL**

/s/
_____
H. Vincent McKnight, Jr.
D.C. Bar No. 293811
2000 L Street, N.W., Suite 400
Washington, D.C. 20036
(202) 783-6400

Case 1:06-cv-00648-RCL    Document 40    Filed 07/17/2008    Page 2 of 2

        Attorney for Plaintiffs

**SANFORD WITTELS & HESSLER, LLP**

/s/_____
David Sanford
D.C. Bar No. 457933
1666 Connecticut Avenue, N.W.
Suite 310
Washington, D.C. 20009
(202) 742-7780
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Status Report on the Service on Defendant, Oce, N.V. was electronically filed and electronically served this __17th__ day of July, 2008, to:

Jason Matechak, Esquire
Kathleen McGuan, Esquire
Reed Smith, LLP.
1301 K Street, NW
Suite 1100 East Tower
Washington, D.C. 20005

Laurie Weinstein, Esquire
Assistant U.S. Attorney
555 4th Street N.W.
Washington, D.C. 20001

/s/_____
H. Vincent McKnight