UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **Stephanie Schweizer and Nancy Vee,** | : : : : | **Civil Action No:** **06-0648 (RCL)** |
| Plaintiffs-Relators, | : | **Judge Royce C. Lamberth** |
| v. | : : : | |
| **OCE, N.V., OCE NORTH AMERICA, OCE IMAGISTICS, and OCE-USA HOLDINGS, INC.,** | : : : : | |
| Defendants | : | |

## ORDER

Upon consideration of Defendants' Defendant's Motion to Unseal and Relators' opposition thereto, it is hereby

ORDERED that Defendants motion is DENIED and, it is further

ORDERED that Relators' Disclosure Statement and Exhibits will remain under seal.

SO ORDERED this ___ day of _____, 2008

_____
Judge James Robertson
United Stats District Judge