IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* Stephanie Schweizer et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>OCÉ, N.V., OCÉ NORTH AMERICA,<br>OCÉ IMAGISTICS, and OCÉ-USA<br>HOLDING, INC.,<br><br>      Defendants. | CIV. No. 06-0648 (RCL) |

**UNOPPOSED JOINT MOTION OF THE UNITED STATES AND DEFENDANTS TO EXTEND DEFENDANTS' TIME TO ANSWER RELATORS' COMPLAINT**

  The United States, jointly with defendants Océ North America, Océ Imagistics, and Océ-USA Holding, Inc. (Defendants), hereby respectfully request that the Defendants' obligation to file an answer and/or any dispositive motions in response to the Relators' Complaint be extended for a period of ninety (90) days, until and including November 24, 2008. In support of this request, the parties submit that the additional time is requested in order to enable the United States and the Defendants to continue discussions concerning possible resolution of this matter without litigation. Without the requested extension, Defendants' response to the Relators' Complaint is due on August 24, 2008.

  The United States has met and conferred with counsel for Relators Nancy Vee and Stephanie Schweizer concerning this request, and is authorized to represent that the Relators do not oppose the requested extension.

**PROCEDURAL BACKGROUND**

On March 3, 2008, the United States filed a notice that it would not be intervening in this action by the deadline established by the Court, but that its investigation of the Relators' allegations would continue. Thereafter, the Court ordered that the Complaint in this matter be unsealed, and required Relators to serve Defendants with the Complaint on or before June 17, 2008. See Docket No. 27. Relators served the complaint on all Defendants except Océ, N.V.[1], and filed waivers of service for each of the served Defendants on June 24, 2008. See Docket Nos. 32-34. As such, Defendants' deadline for filing a responsive pleading or motion is currently August 24, 2008. See Fed. R. Civ. P. 4(d)(4).

The United States is the real party in interest in a *qui tam* action, even in instances where the United States declines to intervene or in which the action otherwise proceeds before the United States makes an intervention election. As such, following the filing of its March 3 notice, the United States continued its investigation in this matter so that it could complete its evaluation of the information gathered and make a determination as to whether it might move to intervene for good cause at a later point if the Relators proceeded with the action. On August 12, 2008, the United States and Defendants had a meeting to discuss the United States' investigation. The parties also considered at the meeting the possibility of continuing to evaluate resolution of the United States' investigation without litigation, and how to proceed cooperatively in that respect in light of the upcoming deadlines in this case.

---

[1] Defendant Océ NV is a foreign corporation, and the Relators informed the Court in a status report that they have begun the process of serving Océ NV in accordance with applicable law. See Docket No. 40.

## STATEMENT IN SUPPORT OF RELIEF

In light of the discussions between the United States and Defendants, the parties respectfully submit that it is in the interest of judicial efficiency and economy, as well as in the interest of the economies the parties, that the time for Defendants to respond to the Relators' Complaint be extended for a period of ninety (90) days. First, the extension period, if granted, will give United States and Defendants an opportunity to evaluate the possible resolution of this matter without the need for any party to incur additional litigation costs. Second, if the extension is not granted and the United States determines to move to intervene in the action for good cause, the United States would normally submit a complaint-in-intervention along with such a motion. In that event, Defendants will have already responded to a Complaint that may not ultimately be the operative complaint in the action. Similarly, the Court may expend judicial resources deciding a dispositive motion relating to a complaint that ultimately may not be the operative complaint in the action. For these reasons, the United States and Defendants jointly submit that it is in the interest of judicial economy and in the orderly procession of this matter that the requested extension be granted. The Relators do not oppose the requested extension.

///

///

///

///

///

///

///

Dated: August 22, 2008

Respectfully submitted,

<u>On behalf of the United States</u>:

GREGORY KATSAS
Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney
District of Columbia


 /s/ Laurie Weinstein
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
555 Fourth Street, NW, E 4820
Washington, DC  20530
Tel: (202) 514-7133

JOYCE R. BRANDA
PATRICIA R. DAVIS
MEREDITH L. BURRELL
Attorneys, United States Department of
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 514-8746
Fax:  (202) 514-0280
*Attorneys for the United States*

<u>On behalf of Defendants:</u>

 /s/ Kathleen L. McGuan (by U.S. with permission)
Kathleen L. McGuan D.C. Bar No. 358359
Steven D. Tibbets, D.C. Bar No. 495132
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
Telephone:  (202) 414-9353
Email: kmcguan@reedsmith.com
Email: stibbets@reedsmith.com
Fax:  (202) 414-9299
*Attorneys for Defendants*
