IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Stephanie Schweizer et al., <br><br>　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>OCE, N.V., OCE NORTH AMERICA, OCE IMAGISTICS, and OCE-USA HOLDING, INC., <br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO: 06-0648 (RCL) <br><br>(PROPOSED) ORDER |

Upon consideration of the Unopposed Joint Motion of the United States and Defendants to Extend Defendants' Time to Answer Relators' Complaint, any response thereto, and the entire record herein, it is this ___ day of _____ hereby

**ORDERED** that the joint motion be, and hereby is, granted; and it is further,

**ORDERED** that Defendants time for filing a responsive pleading or motion in response to Relators' Complaint is extended until November 24, 2008.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies:  Counsel for the United States
　　　　  Counsel for Relator
　　　　  Counsel for Defendants