IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA, )
*ex rel.* Stephanie Schweizer et al., )
)
                Plaintiff, )
)
   v. )
) CIV. No.  06-0648 (RCL)
OCÉ, N.V., OCÉ NORTH AMERICA, )
OCÉ IMAGISTICS, and OCÉ-USA )
HOLDING, INC., )
)
            Defendants. )

---

### UNITED STATES' NOTICE OF FILING

The United States hereby notices the filing of the United States' Opposition to Relator's

Motion to Reconsider under seal as permitted by the Court's Order of October 15, 2009.  That

pleading has been filed with the Clerk's Office, clearly marked as "Under Seal."  A copy is being

provided to Relator as well with the understanding that the document will continue to be treated

as confidential and remain under seal unless otherwise ordered by this Court.

                Respectfully submitted,

                TONY WEST
                Assistant Attorney General
                Civil Division

                RONALD C. MACHEN JR.
                United States Attorney
                District of Columbia

/s/ Laurie Weinstein
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
555 Fourth Street, NW, E4820
Washington, DC  20530
Tel: (202) 514-7133

JOYCE R. BRANDA
PATRICIA R. DAVIS
JONATHAN I. KATZ
Attorneys, United States Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Tel:  (202) 514-8746
Fax:  (202) 514-0280
*Attorneys for the United States*